✎AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

TANESHIA MICHELLE LAWSON
415 West Jeff Davis Ave.
Montgomery AL 36104

**WARRANT FOR ARREST**

Case Number:   2:06CR173-MHT

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____TANESHIA MICHELLE LAWSON_____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X  Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)
Conspiracy to Defraud Government (1 Count)
Theft of Government Property and Aiding and Abetting (1 Count)

in violation of Title _____18_____ United States Code, Section(s) _____371; 641; 2_____

DEBRA P. HACKETT
_____
Name of Issuing Officer

CLERK OF COURT
_____
Title of Issuing Officer

_____
Signature of Issuing Officer

7/13/06  MONTGOMERY ALABAMA
_____
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442    (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____