**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

- ☑ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ PRELIMINARY (EXAMINATION) (HEARING)
- ☐ REMOVAL HEARING [RULE 5]
- ☑ ARRAIGNMENT

DATE: 7-25-2006

Digital Recording 3:12 to 3:23 pm
3:24 - 3:29 pm

PRESIDING MAG. JUDGE: Delores Boyd    DEPUTY CLERK: sql
CASE NO.: 2:06CR173-MHT    DEFT. NAME: Taneshia Michelle LAWSON
AUSA: Snyder    DEFT. ATTY: Kemp
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (☑) CDO
PTSO: ~~Martin~~ Thweatt
USPO:

Defendant ___ does  ✓ does NOT need an interpreter
Interpreter present ✓ NO ___ YES  Name: ___

- ✓ Date of Arrest 7-25-06 or ☐ Arrest Rule 5
- ✓ Deft. First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator
- ✓ Deft. First Appearance with Counsel
- ☐ Deft. First Appearance without Counsel
- ✓ Requests appointed Counsel
- ✓ Financial Affidavit executed ☐ to be obtained by PTSO
- ✓ ORDER appointing Community Defender Organization Oval
- ☐ Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained ___
- ☐ Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
  - ☐ Government's WRITTEN motion for Detention Hearing filed
- ☐ Detention Hearing ☐ held; ☐ set for ___ at ___
- ☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ ORDER OF DETENTION PENDING TRIAL entered
- ✓ Release order entered. Deft advised of conditions of release
- ✓ BOND EXECUTED (M/D AL charges) $25,000. Deft released
- ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ Bond not executed. Deft to remain in Marshal's custody
- ☐ Deft. ORDERED REMOVED to originating district
- ☐ Waiver of ☐ preliminary hearing; ☐ Waiver of Rule 40 Hearing
- ✓ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ✓ ARRAIGNMENT ☑ HELD. Plea of NOT GUILTY entered. ☐ Set for ___
  - DISCOVERY DISCLOSURE DATE: 7-25-06
- ☐ NOTICE to retained Criminal Defense Attorney handed to counsel
- ☐ Identity/Removal Hearing set for ___
- ☐ Waiver of Speedy Trial Act Rights executed