## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA

☑ Northern      ☐ Southern      ☐ Eastern

HON. __Delores Boyd_____ AT __Montgomery_____, Alabama

DATE COMMENCED __8/21/2006_____ @ __11:21__ ☑ a.m. ☐ p.m

DATE COMPLETED __8/21/2006_____ @ __11:23__ ☑ a.m. ☐ p.m

CASE NO. __2:06CR173-MHT_____

UNITED STATES OF AMERICA
**Plaintiff(s)**

VS.

TANESHIA MICHELLE LAWSON
**Defendant(s)**

### APPEARANCES

**Plaintiff(s)/Government**

Snyder

**Defendant (s)**

Freeman

### COURT OFFICIALS PRESENT:

Ctrm Clerk: __S. Q. Long, Jr._____    Crt Rptr: _____

Law Clerk: _____    Interpreter : _____

USPO/USPTS: _____    Other: _____

### PROCEEDINGS:

☐ Motion Hearing : _____
☐ Status Conference      ☐ Oral Argument       ☐ Evidentiary Hrg.
☐ Revocation             ☐ Scheduling Conf.    ☐ Show Cause
☐ Settlement Conference  ☐ Telephone Conf.     ☐ Sentencing
☐ Non-Jury Trial         ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other _____

☑ **Pretrial Conference**

Pending Motions: __None_____

Discovery Status __Complete__ Plea Status __Prob__

Trial Status/Length __1-1½ Days__ Trial Term: __10-30-06__