IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 2:06-CR-173-MHT |
| | ) | |
| TANESHIA MICHELLE LAWSON | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on August 21, 2006, before the undersigned Magistrate Judge.  Present at this conference were Federal Defender Christine A. Freeman, standing in for Assistant Federal Defender Patricia Kemp, counsel for the defendant, and Assistant United States Attorney Christopher Synder, counsel for the government.  As a result of the conference, it is

ORDERED as follows:

1. Jury selection is set for October 30, 2006.  The trial of this case is set for the trial term commencing on October 30, 2006, before United States District Judge Myron H. Thompson and is expected to last two trial days.

2. There are no motions currently pending.

3. Proposed voir dire questions shall be filed on or before October 23, 2006. Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before October 23, 2006.  Motions in limine must be accompanied by a brief.  Failure to file a brief will result in denial of the

motion.

     5.  Proposed jury instructions shall be filed on or before October 23, 2006.

     6.  The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before noon on October 18, 2006.  The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on October 30, 2006.  The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted.  In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on October 30, 2006, as to all defendants, even though a particular guilty plea was not accepted by the court.

     Done this 21st day of August, 2006..

                           **/s/ Delores R. Boyd**
                           DELORES R. BOYD
                           UNITED STATES MAGISTRATE JUDGE