IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-cr-173-MHT** |
| ) | |
| **TANESHIA M. LAWSON** ) | |

**NOTICE OF DIMINISHED MENTAL CAPACITY DEFENSE**

    **COMES NOW** the Defendant, Taneshia Lawson, by and through undersigned counsel, Christine Freeman, and pursuant to Fed. R. Crim. P. 12.2, informs the government and this Court that at trial she may rely upon a defense of diminished mental capacity.

    Dated this 19th day of October 2006.

                                       Respectfully submitted,

                                       s/Christine A. Freeman
                                       **CHRISTINE A. FREEMAN**
                                       **TN BAR NO.: 11892**
                                       Attorney for Taneshia M. Lawson
                                       Federal Defenders
                                       Middle District of Alabama
                                       201 Monroe Street, Suite 407
                                       Montgomery, AL 36104
                                       TEL:   (334) 834-2099
                                       FAX:   (334) 834-0353
                                       E-Mail: Christine_Freeman@fd.org

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-173-MHT |
| | ) | |
| **TANESHIA M. LAWSON** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                                **s/Christine A. Freeman**
                                                **CHRISTINE A. FREEMAN**
                                                **TN BAR NO.: 11892**
                                                Attorney for Taneshia M. Lawson
                                                Federal Defenders
                                                Middle District of Alabama
                                                201 Monroe Street, Suite 407
                                                Montgomery, AL 36104
                                                TEL:   (334) 834-2099
                                                FAX:   (334) 834-0353
                                                E-Mail: Christine_Freeman@fd.org