IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CR. NO.  2:06-cr-173-MHT |
| ) | |
| **TANESHIA MICHELLE LAWSON** ) | |
| ) | |

**United States' Unopposed Conditional Motion to Continue Trial**

The United States conditionally moves this Court to continue the trial in this matter, which is presently set to begin on October, 30, 2006.  The United States files this Motion as a necessary and unfortunate response to Defendant Taneshia Michelle Lawson's untimely Notice of Diminished Mental Capacity Defense.[1]  Lawson filed the Notice on October 19, 2006–less than eleven days before trial and more than two months after this Court's deadline for filing such a Notice.  As explained the United States' concurrently-filed motion,[2] the Notice should be struck, or alternatively, excluded.

To the extent that the Court were to disagree and believe that the Notice was timely filed and the evidence is somehow admissible, then the United States would request an extension of time for the following reasons:

1.      Lawson's Notice is untimely.   Lawson filed the Notice on October 19, 2006–less than eleven days before trial.  In the Order on Arraignment in this case, issued

---

[1] Doc. #80.

[2] Doc. #87.

almost three months ago, this Court set the deadline for notices under Fed. R. Crim. P. 12.2 for August 16, 2006.[3] Not only did Lawson fail to file her written Notice as required, but Lawson did not even orally mention such a defense was even likely during either her initial appearance and arraignment on July 25, 2006, or her pre-trial hearing on August 21, 2006. Instead, Lawson filed her required Notice over two months after the deadline.

2.    Because the Government did not even have any oral notice that Lawson would be attempting to use psychiatric evidence at trial until this past Tuesday, it has had no opportunity to prepare for such a defense on this issue, seek its own expert, or even have an expert examine the substance of Lawson's report.

3.    If the Court were to deny the United States motion to strike or in limine, then the United States will need this additional time to have Ms. Lawson examined. Normally, this would require an in-patient psychiatric examination at the Bureau of Prisons. Since Ms. Lawson is not in custody, it is likely that Lawson would oppose such a request. In such a case, the United States would then need to seek an Order from the Court directing the United States to use a local psychiatrist. The United States may additionally need to employ a consulting expert to evaluate Lawson's report.

4.    Unquestionably, this process would take a significant amount of time and cannot be accomplished in time for the current trial setting. Nonetheless, a continuance,

---

[3] *See* Doc. #12 ("All . . . notices under Fed. R. Crim. P. 12.1, 12.2, and 12.2 . . . must be filed no later than August 16, 2006.").

if needed, would comply with the Speedy Trial Act.  Delays relating to a defendant's mental evaluation are excluded by the statute.[4]  Moreover, given the late notice of this defense and the potential prejudice to the Government, the Court may also comply with the Act by making a finding pursuant to 18 U.S.C. §3161(8)(a) that the ends of justice are served by the requested continuance.[5]

5.     The United States has contacted Lawson's counsel, Ms. Christine Freeman, and she has indicated that she has no objection to this conditional continuance.

Based on the facts stated above, the United States conditionally requests that this Motion be granted and that the trial of this case be continued, if the Court concludes that Lawson can proceed with her untimely Notice of Diminished Mental Capacity Defense.

Respectfully submitted this 23rd day of October, 2006,

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/ Christopher Snyder
> CHRISTOPHER A. SNYDER
> Assistant United States Attorney
> One Court Square, Suite 201
> Montgomery, AL 36104
> Phone: (334) 223-7280
> Fax: (334) 223-7135
> E-mail: christopher.a.snyder@usdoj.gov

---

[4] See 18 U.S.C. 3161(h)(1)(A).

[5] *See also United States v. Zedner*, 548 U.S. __, 126 S.Ct. 1976. (2006).

CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christine Freeman.

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney