### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-173-MHT |
| | ) | |
| **TANESHIA M. LAWSON** | | |

### DEFENDANT'S REQUESTED VOIR DIRE

**NOW COMES** the Defendant, by and through the undersigned counsel, Christine A. Freeman, and respectfully requests that the following questions be included in the voir dire directed to the petit jury at the trial of this matter.

1. Are you related by blood or marriage to, or are you personally acquainted with, any of the persons you have seen here in Court today or whose names you have heard in Court today? This would include any of the other persons called today for jury duty, any of the lawyers or courtroom personnel, any of the Defendants, or any of the witnesses you have heard mentioned or seen. If yes, please raise your hand and state who you know and in what capacity.

2. To the best of your knowledge, have you or has any member of your immediate family ever been counseled or represented by the United States Attorney or any of his staff or by the defense attorney or members of that attorney's law office? If yes, raise your hand and state who you know in that capacity.

3. Are any other members of this jury panel, a relative, a friend, or co-worker or associate of yours? If yes, raise your hand and state who you know in that capacity.

4. Please raise your hand if you have ever participated in a court case, either as a plaintiff, a defendant, a witness, or in any other role? Please describe the court case and your

involvement in it. How do you feel about your dealings with the court system in that matter? How does that experience affect how you feel about your role in this court today?

5. Please raise your hand if you have ever testified before a Grand Jury? Please generally describe the matter and on whose behalf you were testifying.

6. Have any of you ever been a juror in a criminal case before? If the answer is yes, please tell us the type of case and what verdict, if any, was reached.

7. Have any of you ever been summoned for jury duty in federal court in Montgomery, in the last four years. If the answer is yes, please stand and state your name.

8. Have any of you ever been the victim of a crime? What type of crime? When did it occur? Was there a prosecution in court? How do you feel about your dealings with the criminal justice system in that matter? How does the experience of that crime or the related experience with the criminal justice system affect how you feel about your role as a juror here?

9. Are you now or have you ever served as any type of law enforcement officer, full-time or part-time, paid, military or volunteer? If yes, raise your hand and describe your involvement with law enforcement.

10. Has any member of your family or any friend or acquaintance ever been involved in any type of law enforcement? If yes, raise your hand and tell us who was and in what capacity he or she served in law enforcement.

11. Have any of you or any family member or friend or acquaintance ever been employed with any state or federal government agency? If yes, raise your hand and tell us the nature of the employment.

12. Have you or any family member or close friend or acquaintance ever been employed

as a special education teacher or teacher's aide? ? If yes, raise your hand and tell us the nature of the employment.

13. Have you or any family member or close friend or acquaintance ever been employed in any capacity, or given service as a volunteer in any capacity, with people who are enrolled in special education classes, or have a learning disability, or who have some type of mental handicap? If yes, raise your hand and tell us the circumstances.

14. Have you or any family member or friend or acquaintance ever been enrolled in special education classes, or been certified to have a learning disability or mental handicap? If yes, raise your hand and tell us the circumstances. If you would prefer to discuss this matter in private, say so. An opportunity to answer this question in private will be made available to you.

15. Do you or any family member of close friend receive any monthly benefit checks, from any government agency? If yes, raise your hand and tell us the circumstances. If you would prefer to discuss this matter in private, say so. An opportunity to answer this question in private will be made available to you.

16. You may hear testimony from law enforcement officers or agents. Would you tend to believe the testimony of a government agent or employee just because he or she is a government employee or agent?

17. This trial is obviously taking place in a federal court and concerns charges which allege that the Defendants violated federal criminal laws. Do you understand that the federal criminal laws are completely different from state criminal offenses, and that experience or assumptions you may have had based on prior knowledge about the state criminal justice system, such as the definition of the crimes or the system of punishment or sentencing for these crimes, is

not applicable and not accurate in describing this federal court system?

18.   This is not a sequestered jury (explain).  This trial may take about two days to complete.  Are there any business, social or personal matters which would interfere with your participation during this trial for that period of time?

19.   The lawyers have asked me to make sure that you know that during the course of the trial, people participating in the trial are not permitted to speak to jurors.  This includes even casual, polite conversation.  Please do not be offended if you see one of the attorneys or witnesses in this case, and he or she does not acknowledge you or speak to you.  The court rules prevent them from doing so.

20.   Is there any other matter which may have some bearing on your ability to serve as a juror in any of these cases?

WHEREFORE, Defendant respectfully requests that the Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Taneshia M. Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                              **s/Christine A. Freeman**
                                              **CHRISTINE A. FREEMAN**
                                              **TN BAR NO.: 11892**
                                              Attorney for Taneshia M. Lawson
                                              Federal Defenders
                                              Middle District of Alabama
                                              201 Monroe Street, Suite 407
                                              Montgomery, AL 36104
                                              TEL:   (334) 834-2099
                                              FAX:   (334) 834-0353
                                              E-Mail: Christine_Freeman@fd.org