IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-173-MHT |
| | ) | |
| TANESHIA M. LAWSON | | |

### *DEFENDANT'S MOTION TO SEAL*

**NOW COMES** the defendant, Taneshia Lawson, by and through undersigned counsel, and moves this Court to enter an Order *placing under seal* the Neurobehavioral Health Evaluation of the defendant which was completed on October 6, 2006 and which was attached as Exhibit A (D.E. 87-2) to the Government's Motion to Strike (D.E. 87-1).

Because these materials contain personal and medical information about Ms. Lawson, defendant respectfully requests that this document be filed *under seal* and remain under seal until further Order of this Court.

**WHEREFORE**, the Defendant respectfully prays that this Motion be granted.

    Respectfully submitted,

    **s/Christine A. Freeman**
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    Attorney for Taneshia M. Lawson
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    TEL:   (334) 834-2099
    FAX:   (334) 834-0353
    E-Mail: Christine_Freeman@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Taneshia M. Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org