# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CR. NO. 2:06-cr-173-MHT |
| ) | |
| **TANESHIA MICHELLE LAWSON** ) | |
| ) | |

## RESPONSE TO DEFENDANT'S MOTION TO SEAL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files its response to Defendant's Motion to Seal as follows:

The United States does not object to the Motion to Seal and admits that it should have sealed or redacted the exhibit pursuant to the Middle District's General Order 2:04mc3228. Thus, to the extent possible, the United States joins the Defendant in the Motion.

Respectfully submitted this the 24th day of October, 2006.

>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>/s/ Christopher Snyder
>CHRISTOPHER A. SNYDER
>Assistant United States Attorney
>Post Office Box 197
>Montgomery, Alabama 36101-0197
>334.223.7280
>334.223.7135 fax
>christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CR. NO. 2:06-cr-173-MHT |
| ) | |
| **TANESHIA MICHELLE LAWSON** ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christine Freeman.

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov