IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )   CRIMINAL ACTION NO.
                            )       2:06cr173-MHT
TANESHIA MICHELLE LAWSON    )
```

## ORDER

It is ORDERED that the motion to strike (doc. no. 87) is set for submission, without oral argument, on October 25, 2006, with all briefs due by said date.

DONE, this the 24th day of October, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE