IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | CRIMINAL ACTION NO. |
| ) | 2:06cr173-MHT |
| **TANESHIA MICHELLE LAWSON**   ) | |

## ORDER

It is ORDERED that the motion to seal (doc. no. 92) is granted.

DONE, this the 24th day of October, 2006.

                     /s/ Myron H. Thompson
               **UNITED STATES DISTRICT JUDGE**