IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 2:06-cr-173-MHT |
| ) | |
| TANESHIA M. LAWSON ) | |

### AMENDED NOTICE PURSUANT TO RULE 12.2(b)

**COMES NOW** the Defendant, Taneshia Lawson, by and through undersigned counsel and pursuant to F.RCr.P. 12.2 (b), and informs Government counsel and this Court of her intent "to introduce expert evidence relating to a mental disease or defect or other mental condition of the defendant bearing on . . . the issue of guilt . . ." Notice of the expert and his testimony has already been provided to government counsel, through the faxing of the expert's report to Government counsel on October 12 or 13, 2006.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Taneshia M. Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Taneshia M. Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org