### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-cr-173-MHT** |
| | ) | |
| **TANESHIA M. LAWSON** | ) | |

### DEFENDANT'S MOTION TO PERMIT FILING

**NOW COMES** the defendant, Taneshia Lawson, by and through undersigned counsel, and moves this Court to permit the filing of (1) her Response to the Motion to Strike, which is being filed approximately one hour after its due date; and (2) her Amended 12.2(b) Notice, pursuant to F.R.Cr.P. 12.2(b).

For the reasons stated in Defendant's Response to the Motion to Strike (D.E. 99), Defendant has presented good cause for the filing of this Response and the Amended Notice, and respectfully requests permission to file them.

Notice under Rule 12.2(b) is <u>not</u> limited to affirmative defenses, and this notice is not intended to limit the proposed expert testimony to an affirmative defense. As discussed in Defendant's Response to Motion to Strike, this evidence is relevant to several different issues which affect determination of guilt and/or bear on the issue of guilt.

**WHEREFORE**, the Defendant respectfully prays that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**

Attorney for Taneshia M. Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Taneshia M. Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org