# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | CR. NO. 2:06-cr-173-MHT |
| ) | |
| **TANESHIA MICHELLE LAWSON** ) | |

## United States' Response to Motion to Permit Filing

The United States does not object to Defendant Taneshia Michelle Lawson's one and one-half hour late filing of her Response to the Motion to Strike.

The United States, however, does (1) continue to object to Lawson's late filing of her Rule 12.2(b) Notice and her Rule 12.2(b) Amended Notice[1] and (2) continue to urge that she may not introduce the evidence at trial, for the reasons given in its Motion to Strike, or in the Alternative, Motion in Limine.

Respectfully submitted this 27th day of October, 2006,

                LEURA G. CANARY
                UNITED STATES ATTORNEY

---

[1] In her Amended Notice Pursuant to Rule 12.2(b), Lawson states that "[n]otice of the expert and his testimony has already been provided to government counsel, through the faxing of the expert's report to Government counsel October 12 or 13, 2006." This is incorrect. While this is sufficient for Rule 16(b)(1)(C), Rule 12.2(b) specifically states that written notice must be given to the Court and to the Government, noting that "a defendant intends to introduce expert evidence." Lawson faxed an expert report to the Government after close of business on October 13, 2006. (Consequently, the Government did not become aware of it until Monday October 16, 2006). Nothing in the faxed report, however, mentioned Lawson's intent to introduce this evidence at trial. Only upon the inquiry of the Government, on Tuesday, October 17, 2006, did the Government receive oral notice of Lawson's intent to use this testimony at trial. Written notice followed later.

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christine Freeman.

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney