IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CR. NO.  2:06-cr-173-MHT |
| ) | |
| **TANESHIA MICHELLE LAWSON** ) | |

**United States' Motion in Limine to Exclude Defendant's Newly Identified Expert Testimony Regarding Confessions**

The United States moves to exclude Defendant Teneshia Lawson's newly proffered potential grounds for expert testimony.  In her response the Government's Motion to Strike, or in the Alternative, in Limine, filed only yesterday in the early morning, Lawson argued that "evidence of mental retardation will be relevant to the jury's determination of the accuracy and weight to be given to evidence of inculpatory statements alleged to have been made by Ms. Lawson."[1]

To support this theory, Lawson cites to two law review articles, which essentially argue that incidents of false confessions are higher amongst mentally handicapped suspects.  Without conceding its prior objections to Lawson's notice of psychological evidence, the United States objects.

Defendant has provided no expert disclosure or expert report, which supports such a proposition, as is required under Rule 16(b)(1)(C).  The only report so far disclosed to

---

[1] Doc. 99 at 7-8.

the Government evaluates Lawson's current mental health. Moreover, even if disclosure and a report were to have been provided for such testimony, the United States still would have requested a hearing under Rule 702 and *Daubert*. Any such testimony should therefore be excluded.

Respectfully submitted this 27th day of October, 2006,

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/ Christopher Snyder
> CHRISTOPHER A. SNYDER
> Assistant United States Attorney
> One Court Square, Suite 201
> Montgomery, AL 36104
> Phone: (334) 223-7280
> Fax: (334) 223-7135
> E-mail: christopher.a.snyder@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christine Freeman.

> /s/ Christopher Snyder
> CHRISTOPHER A. SNYDER
> Assistant United States Attorney