IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-cr-173-MHT |
| ) | |
| TANESHIA MICHELLE LAWSON ) | |

### United States' Requested Supplemental Voir Dire Questions

The United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, requests the Court to propound the attached additional questions to the jury venire in this case. The United States has recently learned that the Defendant is currently nearly six months pregnant and would request that the Court ask prospective jury members these additional questions related to her pregnancy.

Respectfully submitted this 29th day of October, 2006,

        LEURA G. CANARY
        United States Attorney

        /s/ Christopher A. Snyder
        CHRISTOPHER A. SNYDER
        Assistant United State Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: christopher.a.snyder@usdoj.gov

29. Please raise your hand if you believe that all people should be held accountable for their actions regardless of their current professional standing, current educational level, current physical condition, or current disability? If you did not raise your hand, please elaborate.

30. If a defendant was pregnant, but the evidence in a case established beyond a reasonable doubt that the defendant was guilty, would you still be able to convict that person? If not, please raise your hand.

31. What if the defendant became pregnant after the alleged crime took place? Would you still be able to convict someone if the evidence established that she was guilty beyond a reasonable doubt? If not, please raise your hand.

32. Do you understand that you are not to consider a defendant's physical condition or the defendant's possible sentence when determining her guilt? Knowing this, do any of you think that you will not be able to be a fair and impartial juror in this case? If so, please raise your hand.

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| **v.** | ) ) | CR. NO.  2:06-cr-173-MHT |
| **TANESHIA MICHELLE LAWSON** | ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christine Freeman.

                                                          LEURA G. CANARY
                                                          UNITED STATES ATTORNEY

                                                          /s/ Christopher A. Snyder
                                                          CHRISTOPHER A. SNYDER
                                                          Assistant United State Attorney
                                                          One Court Square, Suite 201
                                                          Montgomery, AL 36104
                                                          Phone: (334) 223-7280
                                                          Fax: (334) 223-7135
                                                          E-mail: christopher.a.snyder@usdoj.gov