IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-173-MHT |
| | ) | |
| TANESHIA M. LAWSON | ) | |

**DEFENDANT'S OBJECTION TO COMPOSITION OF THE VENIRE AND METHOD OF VENIRE SELECTION, AND
MOTION TO DISMISS DUE TO COMPOSITION OF THE JURY VENIRE AND SUBSTANTIAL FAILURE TO COMPLY
WITH THE JURY SELECTION AND SERVICE ACT**

**COMES NOW** the Defendant, Taneshia Lawson, by and through undersigned counsel, and states this objection to the composition of the venire and method of venire selection, and further moves this court to dismiss this Indictment due to improper composition of the Grand and Petit jury venires, and the underrepresentation of African-Americans on said venires, and substantial non-compliance with the Jury Selection and Service Act, 28 U.S.C. § 1861, et seq..

The composition of the Grand and Petit Jury Venires violates the Jury Selection and Service Act, 18 USC §1861 et seq, and the Defendant's Fifth and Sixth Amendments rights to trial by an impartial jury representing a fair cross section of the community, the guarantee of due process, and equal protection.

This Motion is supported by the attached Affidavit. A signed and notarized original Affidavit will be filed on October 30. Defendant requests that a hearing on this motion be

1

conducted, if necessary, after the trial in this matter.

Dated this 29th day of October, 2006.

>Respectfully submitted,
>
>s/Christine A. Freeman
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for Taneshia M. Lawson
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL:  (334) 834-2099
>FAX:  (334) 834-0353
>E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

>s/Christine A. Freeman
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for Taneshia M. Lawson
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL:  (334) 834-2099
>FAX:  (334) 834-0353
>E-Mail: Christine_Freeman@fd.org