IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-173-MHT |
| | ) | |
| TANESHIA M. LAWSON | ) | |

**AFFIDAVIT**

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF MONTGOMERY** | ) |

I, CHRISTINE A. FREEMAN, state the following:

1. I am employed as Executive Director of the Federal Defender Program for the Middle District of Alabama.

2. On Friday, October 27, 2006 at approximately 4:00 p.m., I received from the Clerk's office approximately 75 juror questionnaires submitted by the members of the jury venire in this case.

3. A review of these questionnaires indicates there is substantial disparity between the number of African-Americans over the age of 18 who live within the judicial circuit served by this Court who are registered to vote, and the number of African-Americans represented within the Grand and Petit jury venires in this matter.

4. My initial research indicates that within the judicial district served by the United States District Court for the Middle District of Alabama, the percentage of African-Americans over the age of 18 who are registered to vote is approximately 31%.

5.  Of the 75 juror questionnaires provided to the undersigned, only 17, or 22% are African Americans. Eleven questionnaires of jurors who have responded to the jury summons were not provided. If these additional jurors are all Caucasian jurors, the percentage of African Americans on this venire will be 19.7%.

6.  On information and belief, the records established in other challenges to the Grand and Petit jury venires in this district have shown a pattern and history of juror selection procedures which do not comply with the Jury Selection and Service Act, 18 U.S.C. §1861 et seq. or with the Local Rules of this Court, and which result in a substantial disparity between the expected percentage of African-Americans based on population and voter registration and the actual percentage of African Americans called for and qualified for jury service. See *United States v. Clay*, 159 F.Supp. 2d 1357 (M.D. 2001) and motion pending in *United States v. Leon Carmichael, Sr.,* Case No. 2:03-cr-259-T (D.E. 400, 794).

7.  This under-representation of African Americans on the Grand and Petit jury venire violates Ms. Lawson's Fifth and Sixth Amendments rights, by violating Ms. Lawson's right to be tried by an impartial jury representing a fair cross section of the community and her rights to due process and equal protection.

8.  This under-representation of African Americans also violates Ms. Lawson's rights under the Jury Selection and Service Act, 18 U.S.C. §1861 et seq.

/S/ Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**

The foregoing was sworn to and subscribed before me this 30th day of October 2006, by a person known to me to be Christine A. Freeman.

_____
NOTARY PUBLIC
My Commission expires:_