**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-cr-173-MHT** |
| ) | |
| **TANESHIA M. LAWSON** ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Patricia V. Kemp, and provides notice to the Court and all parties of her appearance on behalf of the Defendant, Taneshia M. Lawson, in this action.

Respectfully submitted,

**s/Patricia Kemp**
**PATRICIA KEMP**
**ASB-4592-R80K**
Attorney for Taneshia Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: patricia_kemp@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

    Respectfully submitted,
**s/Patricia Kemp**
**PATRICIA KEMP**
**ASB-4592-R80K**
Attorney for Taneshia Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: patricia_kemp@fd.org