**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-cr-173-MHT** |
| | ) | |
| **TANESHIA M. LAWSON** | ) | |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S REQUEST**
**FOR ADDITIONAL VOIR DIRE**

**NOW COMES** the defendant, Taneshia Lawson, by and through undersigned counsel, and states that she has no objection to the Government's late request for additional voir dire. (D.E. 105). Such voir dire will assist the Court and the parties in achieving a fair trial.

**WHEREFORE**, the Defendant respectfully prays that the Government's Request be granted.

                                          Respectfully submitted,

                                          **s/Christine A. Freeman**
                                          **CHRISTINE A. FREEMAN**
                                          **TN BAR NO.: 11892**
                                          Attorney for Taneshia M. Lawson
                                          Federal Defenders
                                          Middle District of Alabama
                                          201 Monroe Street, Suite 407
                                          Montgomery, AL 36104
                                          TEL: (334) 834-2099
                                          FAX: (334) 834-0353
                                          E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                        **s/Christine A. Freeman**
                                        **CHRISTINE A. FREEMAN**
                                        **TN BAR NO.: 11892**
                                        Attorney for Taneshia M. Lawson
                                        Federal Defenders
                                        Middle District of Alabama
                                        201 Monroe Street, Suite 407
                                        Montgomery, AL 36104
                                        TEL:  (334) 834-2099
                                        FAX:  (334) 834-0353
                                        E-Mail: Christine_Freeman@fd.org