IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr173-MHT |
| TANESHIA MICHELLE LAWSON | ) | |

ORDER

It is ORDERED as follows:

(1) The government's motion to strike defendant Taneshia Michelle Lawson's notice of diminished capacity defense as untimely (doc. no. 87) is denied as moot.

(2) The government's conditional motion to continue trial (doc. no. 88) is denied as moot.

It is further ORDERED as follows:

(1) Defendant Tanenshia Michelle Lawson's motion to permit filing (doc. no. 101) is granted to the extent defendant Lawson moves the court to permit the filing of her response to the government's motion to strike approximately one hour late.

(2) Defendant Lawson's motion to permit filing (doc. no. 101) is denied as moot to the extent defendant Lawson moves the court to permit the filing of her amended notice of diminished capacity defense, pursuant to Fed. R. Crim. P. 12.2(a), approximately 70 days past the deadline for such notices as set out in the magistrate judge's order on arraignment.

DONE, this the 30th day of October, 2006.

                                   /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**