# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED  November 1, 2006            AT  8:35   A.M./P.M.

DATE COMPLETED  November 1, 2006            AT  9:12   A.M./P.M.

UNITED STATES OF AMERICA                    Criminal Action
                                            2:06cr173-MHT
        VS.

TANESHIA MICHELLE LAWSON

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Christopher Synder | X | Atty Christine A. Freeman |
| | X | Atty Pamela V. Kemp |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, | Daniel Korobkin, | Mitchell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:        ORAL ARGUMENT

8:35 a.m.              Court commenced regarding [104] Motion in
                       Limine to Exclude Defendant's Newly
                       Identified Expert Testimony regarding
                       Confessions. Oral arguments heard. Matter
                       taken under advisement.
9:12 a.m.              Hearing concluded.