| GOVERNMENT'S EXHIBITS  ORAL ARGUMENTS [104] MOTION IN LIMINE | | | | | UNITED STATES OF AMERICA  v  TANESHIA MICHELLE LAWSON 2:06cr173-MHT | |
|---|---|---|---|---|---|---|
| | | | | | JUDGE MYRON H. THOMPSON MITCHELL REISNER, COURT REPORTER | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| YES | 11/1/06 | 11/1/06 | 1 | | | Warning of Rights |
| YES | 11/1/06 | 11/1/06 | 2 | | | Statement |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | *Exhibits located in binder w/ case file |