```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )       2:06cr173-MHT
TANESHIA MICHELLE LAWSON    )
```

## ORDER

It is ORDERED that the objection and motion to dismiss (doc. no. 106) regarding the composition of the venire and method of venire selection are referred to United States Magistrate Judge assigned to this case.

DONE, this the 1st day of November, 2006.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**