IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-173-MHT |
| | ) | |
| TANESHIA M. LAWSON | ) | |

### MOTION TO FILE EX-PARTE PETITION FOR
### WRIT OF HABEAS CORPUS AD TESTIFICANDUM UNDER SEAL

**NOW COMES** the defendant, Taneshia Lawson, by and through undersigned counsel, and moves this Court to enter an Order *placing under seal* the Ex-Parte Petition for Writ of Habeas Corpus Ad Testificandum filed on November 2, 2006.

Respectfully submitted,

CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Taneshia M. Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org