# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-cr-173-MHT** |
| ) | |
| **TANESHIA M. LAWSON** | |

## ORDER ON MOTION

Upon consideration of the *Motion to File Ex-Parte Petition for Writ of Habeas Corpus Ad Testificandum Under Seal*, (Doc. 121, filed November 2, 2006), it is, for good cause, **ORDERED** that the *Motion* is hereby granted. It is, therefore,

**ORDERED** that the Clerk of this Court is hereby **DIRECTED** to place under **SEAL** the *Ex-Parte Petition for Writ of Habeas Corpus Ad Testificandum* **.**

DONE, this the 3rd day of November, 2006

/s/ Delores R. Boyd
**DELORES R. BOYD**
**UNITED STATES MAGISTRATE JUDGE**