IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CR. NO. 2:06-cr-173-MHT |
| TANESHIA MICHELLE LAWSON | ) ) ) | |

**United States' Proffer of and Notice of Intent to Use 404(b) Evidence**

The United States gives notice to defendant Taneshia Lawson and to the Court that it intends to introduce Rule 404(b) character evidence. The evidence is as follows: that on or about Saturday, October 21, 2006, Lawson cashed a fraudulent check at a Sneakers store in Auburn, Alabama, which did not belong to her and had been stolen from a woman with the initials J.H. Lawson also was present during the cashing of two other fraudulent checks at the same store on Sunday, October 22, 2006.

The Government first became aware of this evidence on Thursday, October 26, 2006, and has conducted an investigation since that time, which just concluded this afternoon at approximately 12:00 noon.

Fed.R.Evid. 404(b) permits the introduction of evidence of other crimes, wrongs or acts if the evidence is admissible to prove intent. Lawson's attorney has indicated on numerous occasions that she intends to present a defense in which Lawson did not have the intent to steal or the intent to agree to steal the Social Security checks charged in the Indictment. This evidence will negate such a defense.

The United States respectfully reserves the right to submit a motion or memorandum in support of this request, should the Court so require.

Respectfully submitted this 3rd day of November, 2006,

>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>/s/ Christopher Snyder
>CHRISTOPHER A. SNYDER
>Assistant United States Attorney
>One Court Square, Suite 201
>Montgomery, AL 36104
>Phone: (334) 223-7280
>Fax: (334) 223-7135
>E-mail: christopher.a.snyder@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christine Freeman.

>/s/ Christopher Snyder
>CHRISTOPHER A. SNYDER
>Assistant United States Attorney