IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL ACTION NO. |
| ) | 2:06cr173-MHT |
| TANESHIA MICHELLE LAWSON ) | |

### ORDER

It is ORDERED that defendant Taneshia Michelle Lawson show cause, if any there be, in writing by 8:00 a.m. on November 6, 2006, as to why the government's motion in limine (Doc. No. 129) should not be granted.

DONE, this the 3rd day of November, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE