

**U.S. Department of Justice**

*United States Attorney*
*Middle District of Alabama*

---

| | |
|---|---|
| One Court Square, Suite 201 | Telephone: 334/223-7280 |
| Post Office Box 197 | Fax: 334/223-7560 |
| Montgomery, Alabama 36101-0197 | Fin Lit Fax: 334/223-7201 |
| | Civil Fax 334/223-7418 |
| | Criminal Fax: 334/223-7135 |

November 3, 2006

**VIA HAND DELIVERY**

Ms. Christine Freeman
Executive Director
Federal Defender Program, Inc.
201 Monroe Street, Suite 407
Middle District of Alabama
Montgomery, Alabama 36104

      Re:    <u>United States v. Taneshia Lawson</u>
             Discovery Letter No. 3

Dear Ms. Freeman:

      Enclosed please find the several photos of Ms. Brown's apartment complex and of the Quik Pawn Shop, which we plan to introduce at trial. They are Bates numbered sequentially from 98 to 104. Additional please find a number of 404(b) documents and 2 CD, which are the subject of the Notice of Intent to Use 404(b) Evidence which was served on the Court and on you this afternoon. We intend to introduce these documents at trial. The documents are Bates numbered sequentially from 105 to 124 and the CDs are Bates numbered sequentially from 125 to 126.

      Finally, there are some additional bank records, relating to this new conduct, which we have not received. As soon as we have these documents, I will e-mail or fax them to you. Please notify me promptly in writing if you are missing any of these materials. Otherwise, the United States considers this material to have been received in its entirety.

      This is the available discovery and disclosures for this case. The only materials that have not been provided to you are either privileged under the work product doctrine or otherwise prohibited from disclosure under federal law or court rules. If additional materials should come to my attention, I will provide them to you as soon as practicable in compliance with Fed. R. Crim P. 16(c) and the Standing Order.

      Please feel free to contact me to discuss this case or if you have any questions

about the discovery and disclosures provided.

Respectfully submitted,

LEURA G. CANARY
United States Attorney

by:

CHRISTOPHER A. SNYDER
Assistant United States Attorney



Photo Line up                                                    USSS/MON

I Leah Cplin_____ have identified the above circled photograph as the suspect in this
case.

Signature: Leah Ong    Date: 11/2/06

Location: Sneakers    Auburn AL

Witness: _____    Date: 11/2/06

Fredrick, USSS
AoS411.

This is the female I saw on Sat 21. She also came in
here one Sunday the 22 and stayed in here for about
2 hrs. Then got picked up. I Simone *saw* *take* ~~took~~ her check on Sat the 21.



Photo Line up                                    USSS/MON

I _NICKI THRASHVILL_ have identified the above circled photograph as the suspect in this case.

Signature: _____ Date: _11/2/06_

Location:
_SNEAKERS #6, AUBURN, AL_

Witness: _____ Date: _11/02/06._
_FEMALE, USSS_
_AOS 4-11_

" I SAW THIS LADY IN OUR STORE ON SUNDAY OCTOBER 22ND. SHE ENTERED
THE STORE AROUND THE SAME TIME FRAME THE TRANSACTION TOOK PLACE.
SHE WAS IN THE STORE FOR ABOUT AN HOUR & A HALF ON SUNDAY (USING
OUR STORE PHONE, ETC.)

UNITED STATES SECRET SERVICE

CITY OF: Auburn
COUNTY OF: Lee
STATE OF: Alabama

I, Leah Nicole Epling , MAKE THE
FOLLOWING STATEMENT FREELY AND VOLUNTARILY TO
SA Fenwick , WHO HAS IDENTIFIED HIMSELF
TO ME AS A SPECIAL AGENT WITH THE UNITED STATES SECRET
SERVICE:

Sat 21, 22. Black Male came in Bought several
Jordan C. He stood back wrote a check then gave it to
me already filled out I still checked the id it matched.
Ran it and it went though. Then he walked out and they
were parked down the right side near the dumpsters.
About 30-45 min later he came back with another
check. Ran it and didnt go through. He acted like he
didn't know what was going on. left and then came and got
his check. Sunday he came back said he talked to the
bank that he can only spend $400 a day. So ran the check
went trough again. Looked suspicious so Simone went
to the mall to get his tag ti. She actually took the check that day.
He didnt Have his id.

I HAVE READ OVER THIS VOLUNTARY STATEMENT CONSISTING OF
    1    PAGES, AND I HAVE BEEN GIVEN AN OPPORTUNITY TO MAKE
CORRECTIONS.   ALL FACTS CONTAINED HEREIN ARE TRUE TO THE
BEST OF MY KNOWLEDGE.

/S/ Leah EP

SWORN BEFORE ME THIS   2nd   DATE OF ~~Oct.~~ November , 20 06 .
AT, 3:15 AM/PM

/S/ Fenwick, AOSK11
SPECIAL AGENT, U. S. SECRET SERVICE
AUTHORITY TO ISSUE OATH:  5 USC 303

WITNESSED: _____

UNITED STATES SECRET SERVICE

CITY OF: Auburn
COUNTY OF: Lee
STATE OF: Alabama

I, Ryan Gregory Lackey                , MAKE THE
FOLLOWING STATEMENT FREELY AND VOLUNTARILY TO
   SA Fenwick          , WHO HAS IDENTIFIED HIMSELF
TO ME AS A SPECIAL AGENT WITH THE UNITED STATES SECRET
SERVICE:

I was at the Counter when the man was paying. The
check did not go through. He said that it should go through,
he had just deposited $2,500.00 (not positive on amount, but it
was close to that) then he left the store. I was then informed
that he was the man who had get all of the Jordans a day before
So I walked outside to get his licence plate # Martin Doorman
(owner of the building) was outside, had seen what happed earlier
and wrote down the licence number.

I HAVE READ OVER THIS VOLUNTARY STATEMENT CONSISTING OF
   1    PAGES, AND I HAVE BEEN GIVEN AN OPPORTUNITY TO MAKE
CORRECTIONS.  ALL FACTS CONTAINED HEREIN ARE TRUE TO THE
BEST OF MY KNOWLEDGE.

/S/ Ryan G Lackey

SWORN BEFORE ME THIS   2nd   DATE OF  November , 20 06
AT, 3:20 AM/PM

/S/   Fenwick   AO5411
SPECIAL AGENT, U. S. SECRET SERVICE
AUTHORITY TO ISSUE OATH:  5 USC 303

WITNESSED: _____



Photo Line up                                                                    USSS/MON

I _Simone Hicks_ have identified the above circled photograph as the suspect in this case.

Signature: _Simone Hicks_ Date: _10-2-06_

Location: _SNEAKERS , 1775 OPELIKA RD., AUBURN , AL 36830_

Witness: _____ Date: _11/02/06_

USSS/MON
A05411

JACQUELINE M HUBBARD
PH. 334-277-9169
658 N PASS RD
MONTGOMERY, AL 36110-2926

166   1150
61-7505/2822 15

Date 10-21-06

Pay to the Order of _Sneakers_     $ 237 58

Two hunred thirty Seven dollars 58/100 Dollars

Your Community
Credit Union
myMAX.com

For _Shoes_     Jacqueline Hubbard

⑆2622275958⑆ 11000002738 77⑈ 150

---

I, Jacqueline M Hubbard (do)/ do not recognize the above Max Credit Union check

The name, address and phone number all appear to be (correct) / not correct.

The check was written by me /(someone else.)

I know /(do not know who tendered this check.)

Signature: Jacqueline M Hubbard  Name: Jacqueline M Hubbard  Date: 11-3-06

Location: United States Secret Service, Montgomery, Alabama

Witness: _____  FENWICK, A0541  Date: 11/03/06

111

DRIVER LICENSE

# ALABAMA
NO. 6528193          CLASS D
D.O.B. 10-27-1964   EXP 05-26-2007

JACQUELINE MARIE
HUBBARD
668 NORTH PASS ROAD
MONTGOMERY AL 36110-0000
ISS 10-16-2006

ENDORSEMENTS          RESTRICTIONS
SEX  HT    WT    EYES  HAIR  RACE
F    5'08"  240  BRO   BRO   B

## ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| | | |
|---|---|---|
| VICTIM (LAST, FIRST, MIDDLE NAME) | COMPLAINANT | ☑ INCIDENT ☑ OFFENSE ☐ SUPPLEMENT | 2 CASE # | UZ556? |

0030100172706440 Montgomery Police Dept.

Hubbard, Jacqueline (408) North Pass Rd Monty. Al 36110  (334) 977

Sharon  House  11 S. Union St Monte, Al 36104  353
Alabama  Keeping  1,659

57 800 10 27 06 47

Theft of Property

608 North Pass Rd Monta. Al 36110  04

**PROPERTY DESCRIPTION**

| 50 QUANTITY | 51 STOLEN, RECOVERED, LOST, FOUND, OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 52 DOLLAR VALUE STOLEN | DAMAGED | 53 RECOVERED DATE | VALUE |
|---|---|---|---|---|---|
| 1 | Alabama Driver's license | 25 | | | |
| 1 | Max Federal CU checks | | | | |

TYPE OR PRINT IN BLACK INK

ACJIC—32 REV 7-04

625357

**INCIDENT/OFFENSE REPORT CONTINUED**

| INCIDENT/OFFENSE REPORT CONTINUED | 98 DATE AND TIME OF REPORT 10270 1440 | | | | 94 CASE # | | 97 SFX | 98 | OFFENDER SUSPECT MISSING PERSON | CHECK IF MULTIPLE |

**NARRATIVE:**

The victim stated that some unknown subject(s) stole the property listed from location. The victim further advised that some unknown subject(s) stole, forged then, cashed several checks throughout the Montgomery area. The victim further advised the unknown subject(s) called and order more checks and had them sent to an unknown address.

SIGNATURE: _Meander M Wilham_

149 REPORTING OFFICER  Cadet T.L. Dane 1495

150 ASSISTING OFFICER

151 SUPERVISOR APPROVAL

152 WATCH CMDR.

147 CASE STATUS: PENDING / INACTIVE / CLOSED

148 CASE DISPOSITION: CLEARED BY ARREST (JUV) / CLEARED BY ARREST (ADULT) / UNFOUNDED / ADM. CLEARED

EXCEPTIONAL CLEARANCE: SUSPECT/OFFENDER DEAD / OTHER PROSECUTION / EXTRADITION DENIED / LACK OF PROSECUTION / JUVENILE, NO REFERRAL / DEATH OF VICTIM

06016 599

JACQUELINE M HUBBARD
PH. 334-277-9168
850 N PASS RD
MONTGOMERY, AL 36110-2266

1150
01-7888/2822 16

Pay to the
Order of    Sneaker's                          $ 237 59

Two  hundred  thirty  seven dollars 59         Dollars

Your Community
CREDIT UNION

For    Shoes                    Jacquline Hubbard

⑆ 1275758⑆ 1100000 273⑆ 77⑆ 1150

CHECK SALE

SNEAKERS
1775 OPELIKA RD STE 14
AUBURN, AL 36830
334-502-7631

Date: 10/21/2006        Time: 03:14PM

MERCHANT ID    : 641-602201-607
REF NUMBER     : 602
CHECK AMOUNT   : $237.59
MICR           : xxxxxxxx1150
CHECK NUMBER   : 110000002738
ID NUMBER      : AL-xxxxx6193

AUTH NUM 405-972

I authorize the merchant to convert my
check to an electronic funds transfer or
paper draft, and to debit my account for
the amount of the transaction. In the
event that my draft or EFT is unpaid,
I agree that a fee of $30.00
or as allowed by law may be charged to
my account via draft or EFT.

Phone Number: _____

Printed Name: _____

Jacquline Hubbard
SIGNATURE

CHECK CONVERSION BY
GLOBAL ETELECOM
1888-481-0757

S

‹728

# AUBURN POLICE DIVISION

## INCIDENT/OFFENSE REPORT
## SIGNATURE SHEET

Agency Case #: ___06016332___ /__06016349___

On __10-26-06__ the crime of __Forgery__
(date);                    (offense)

and _____ was reported to the Auburn Police Division
(offense)

by __Adam S. Cook__.
(complainant/victim)

I have reported the above crime and all information given by me is correct to the best of

knowledge. I will assume full responsibility for notifying the Auburn Police Division if

any stolen property or missing person hereby reported is located.

X _____
(complainant/victim signature)

_____
(reporting officer)

116

Victim/Complainant SSN: 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    Phone #: 706-594-6995

Victim/Complainant Name: _____

Address: _____

City: _____ State: _____ Zip: _____

Employer/School/Occup: _____

Address: 1775 Opelika Rd 14    Phone #: 334-502-7631

City: Auburn    State: _____ Zip: 36830

Race: _____ Sex: _____ DOB: _____ Hgt: _____ Wgt: _____

Place of Occurrence: Snakers

Date(s): 10-21-06  3:14p - 3:20p    Time(s): 2:21p  10-22-06

*Property Stolen/Recovered/Lost/Found/Destroyed*

| Qty | Description | Value |
|-----|-------------|-------|
| 5Kids 4 3 areas | 8 pairs of Air Jordan's | |
| | Postal Insp  Jim  Tynan  334-244-7644 | |
| | Secret  Trevor Fenwick  334-223 7601 | |

Tag: 3B889M  State: A1  Year: _____ VIN: 2GCEC19T3Y1159853

VYR: 00  Make: Chevy  Model: Truck  Color: Maroon

Description/Insurance: _____

*Witness/Suspect*

Name: _____

Address: _____

DOB: 25  SSN: _____ Phone #: _____

Race: B  Sex: M  Hgt: 60  Wgt: 280  Eye/Hair: Bld

Clothing/Employer: _____

*Witness/Suspect*

Name: _____

Address: _____

DOB: 45  SSN: _____ Phone #: _____

Race: B  Sex: F  Hgt: 59  Wgt: 250  Eye/Hair: _____

Clothing/Employer: _____

Yashina Morris  2317 Stella St  AU 36108

1032741

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

Buckser

| VICTIM SSN | COMPLAINANT SSN | | 1 ☒ INCIDENT ☐ OFFENSE | | 2 CASE J | 3 SFX |
|---|---|---|---|---|---|---|
| | 2 5 6 - 3 7 - 7 8 5 8 | | ☐ SUPPLEMENT | | 0 6 0 1 6 3 4 9 | |

| 4 ORI J | 5 DATE AND TIME OF THIS REPORT | | 6 AGENCY NAME | | 7 SUPPLEMENT ORIGINAL OFFENSE DATE |
|---|---|---|---|---|---|
| 0 4 3 0 1 0 0 | M 1 0 D 2 0 Y 6 | 17:28 ☒ AM ☐ PM ☐ MIL | AUBURN POLICE DEPART | | M  D  Y |

| 8 REPORT BY   ☐ VICTIM OR | | 9 ADDRESS (STREET, CITY, STATE, ZIP) | | 10 PHONE |
|---|---|---|---|---|
| COOK, ADAM S | | 1775 OPELIKA RD #14   AUBURN, AL 36830 | | (706) 594-6995 |

| 12 VICTIM (LAST, FIRST, MIDDLE NAME) | | P | SX | 13 ADDRESS (STREET, CITY, STATE, ZIP) | 14 PHONE |
|---|---|---|---|---|---|
| SNEAKERS, | | | | 1775 OPELIKA RD #14   AUBURN, AL 36830 | (334) 502-7631 |

| 15 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 18 PHONE |
|---|---|---|---|
| | | | |

| 19 | 20 INJURY | 21 RACE | 22 SEX | 23 HGT | 24 WGT | 26 DOB | 26 AGE | 27 WAS OFFENDER KNOWN TO VICTIM? | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ RESIDENT ☐ NON-RESIDENT | ☐ Y ☐ N | ☐ W ☒ A ☐ H ☐ B ☐ O | ☐ MALE ☐ FEMALE | | | M   D   Y | | ☐ Y ☐ N | | |

| 30 TYPE INCIDENT OR OFFENSE   ☐ FEL. ☒ MISD. | 31 DEGREE (CIRCLE) | 32 UCR CODE | 33 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|
| FORGERY 3RD | 1   2 | 2 5 8 9 | 013A-09-0004 |

| 34 TYPE INCIDENT OR OFFENSE   ☐ FEL. ☒ MISD. | 35 DEGREE (CIRCLE) | 36 UCR CODE | 37 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|
| THEFT 3-FROM PUBLIC BUILDING | 1   2   3 | 2 3 0 8 | 013A-08-0005 |

| 38 PLACE OF OCCURRENCE | | 39 SECTOR |
|---|---|---|
| SNEAKERS  1775 OPELIKA RD A   AUBURN, AL 36830 | | 8 5 Z 1 6 |

**EVENT**

| 40 POINT OF ENTRY | 41 METHOD OF ENTRY | 42 ASSAULT | 43 TREATMENT FOR ASSAULT INJURY |
|---|---|---|---|
| ☐ DOOR ☐ ROOF ☐ WINDOW ☒ OTHER | ☐ FORCIBLE ☐ ATT. FORCIBLE ☒ NO FORCE | ☐ SIMPLE ☒ AGGR. | ☐ Y ☒ N |

| OCCURRED ON OR BETWEEN | 45 TIME 15:14 ☒ AM ☐ PM ☐ MIL | 46 S M T W T F S | 47 LIGHTING ☐ NATURAL ☐ MOON ☐ ART. EXT. ☐ ART. INT. | 48 WEATHER ☐ CLEAR ☒ CLOUDY ☐ RAIN ☐ FOG ☐ SNOW ☐ HAIL ☐ UNK. | 49 PREMISE ☐ HWY.-ST.-ALLEY ☐ RAILROAD ☒ RESIDENCE ☐ CHURCH ☐ SCHOOL ☐ CONVENIENCE ☐ INDUSTRIAL ☐ SERVICE STA. | ☐ BANK ☐ DRUG STORE ☐ APT.-TWN. HSE ☐ SHOPPING CENTER ☐ PARKING LOT ☐ OTHER COMMER. ☐ OTHER | 50 CODE |
|---|---|---|---|---|---|---|---|
| 1 1 0 2 1 0 6 | 15:14 | | | | | | |

| 54 VERIFY FOR ☐ Y ☐ N | 55 TREAT. FOR ☐ Y ☐ N | 56 CIRCUMSTANCES HOMICIDE & ASSAULT | 57 CODE |
|---|---|---|---|
| RAPE EXAM ☐ Y | RAPE INJURY ☐ Y ☐ N | LOCATION: RAPE | |

| 58 WEAPON USED | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE |
|---|---|
| ☐ FIREARM ☐ HANDS, FISTS, VOICE, ETC. ☐ KNIFE ☐ OTHER DANGEROUS | ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN   DESCRIBE: |

**PROPERTY DESCRIPTION**

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| 5 | PAIR OF CHILDREN'S SIZE AIR JORDAN SNEAKERS | 238 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

☐ CONTINUED IN NARRATIVE

**DOLLAR VALUE**

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S R O C | S R O C | S R O C | 238 | S R O C | S R O C |

| 70 ELECTRONICS | 71 HOUSEHOLD | 72 CONSUMABLE GOODS | 73 LIVESTOCK | 74 MISCELLANEOUS |
|---|---|---|---|---|
| S R O C | S R O C | S R O C | S R O C | S R O C |

**VEHICLES**

| 75 CHECK CATEGORIES | ☐ STOLEN ☐ RECOVERED ☒ SUSPECTS VEH. ☐ VICTIMS VEH. ☐ UNAUTH. USE ☐ ABANDONED | | | |
|---|---|---|---|---|

| 76 J STOLEN | 77 LIC. | 78 LIS. | 79 LIY. | 80 TAG COLOR | 81 VIN |
|---|---|---|---|---|---|
| | 3B8889M | AL | 2007 | WHITE | 2 G C E C 1 9 T 3 Y 1 5 9 3 5 3 |

| 82 VYR | 83 VMA | 84 VMO | 85 VST | 86 VCO | 87 ADDITIONAL DESCRIPTION |
|---|---|---|---|---|---|
| 2000 | CHEV | 150 | NA | TOP: MAROON  BOTTOM: MAROON | |

| STOLEN VTR. | 88 AREA STOLEN | 89 OWNERSHIP | | 90 WARRANT SIGNED |
|---|---|---|---|---|
| VEH ONLY | ☐ BUS. ☐ RES. ☐ RUR. | ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER | VERIFIED BY: | M   D   Y |

| 91 AUTO INSURER NAME (COMPANY) ADDRESS (STREET, CITY, STATE, ZIP) | 92 PHONE |
|---|---|

| MOTOR VEH. | 93 STOLEN IN YOUR JURISDICTION? ☐ | 94 RECOVERED IN YOUR JURISDICTION? ☐ |
|---|---|---|
| | ☐ WHERE? | ☐ WHERE? |

TYPE OR PRINT IN BLACK INK

ACJIC-32 REV. 6-94

INCHES      1      2      3      4      5      6

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 1 1 0 2 6 0 6 | 17:23 | ☑ AM ☐ PM ☐ MIL | 96 CASE # 0 6 0 1 6 3 4 9 | 97 SEX | 98 ☐ OFFENDER ☐ SUSPECT ☐ MISSING PERSON | 99 CHECK IF MULTIPLE |

| 99 NAME (LAST, FIRST, MIDDLE) UNKNOWN, | | | | 100 NICKNAME/ALIAS | 101 RACE ☐ W ☐ A ☐ H ☐ B ☐ I ☐ O | 102 SEX ☐ MALE ☐ FEMALE M | 103 DOB D Y | 104 AGE 045 |

| 105 ADDRESS (STREET, CITY, STATE, ZIP) | | | | | 106 HGT 5 09 | 107 WGT 250 | 108 EYE | 109 HAIR | 110 COMPLEXION MED BROWN |

| 111 PROBABLE DESTINATION | | 112 ARMED? ☐ Y ☐ N ☐ UNK. | 113 WEAPON |

| 114 CLOTHING | ☐ SCARS  ☐ MARKS  ☐ TATOOS | 115 ☐ ARRESTED ☐ WANTED |

| 116 NAME (LAST, FIRST, MIDDLE) | 117 NICKNAME/ALIAS | 118 RACE ☐ W ☐ A ☐ H ☐ B ☐ I ☐ O | 119 SEX ☐ MALE ☐ FEMALE M | 120 DOB D Y | 121 AGE |

| 122 ADDRESS (STREET, CITY, STATE, ZIP) | | 123 HGT | 124 WGT | 125 EYE | 126 HAIR | 127 COMPLEXION |

| 128 PROBABLE DESTINATION | | 129 ARMED? ☐ Y ☐ N ☐ UNK. | 130 WEAPON |

| 131 CLOTHING | ☐ SCARS  ☐ MARKS  ☐ TATOOS | 132 ☐ ARRESTED ☐ WANTED |

**WITNESSES**

| 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | 134 ADDRESS (STREET, CITY, STATE, ZIP) | 135 RES. PHONE | 136 BUS. PHONE |
|---|---|---|---|
| #1 NONE, | | | |
| #2 | | | |
| #3 | | | |
| #4 | | | |

| WITNESS #1 SSN | WITNESS #2 SSN | WITNESS #3 SSN | WITNESS #4 SSN |

**NARRATIVE**

137

ADAM COOK, SNEAKER'S MANAGER, REPORTED AN UNKNOWN SUSPECT PURCHASING THE LISTED ITEMS WITH WHAT IS BELIEVED TO BE A

FORGED INSTRUMENT. COOK STATED THAT ON THE LISTED DATE AND TIME THE SUSPECT ENTERED THE STORE AND PURCHASED 5 PAIR OF

CHILDREN'S AIR JORDAN SNEAKERS. THE SUSPECT WAS SEEN LEAVING IN THE LISTED VEHICLE. THE SUSPECT VEHICLE COMES BACK TO TASHINA

MORRIS OF 2317 STELLA ST, MONTGOMERY AL 36108. COOK ADVISED ME THAT HE WAS CONTACTED BY SECRET SERVICE AGENT TREVOR

FENWICK WHO ADVISED HIM THAT THE ACCOUNT ON THE CHECKS WERE FRAUDULANT.

CONTINUED ON SUPPLEMENT ☐

| ASSISTING AGENCY ORI | ASSISTING AGENCY CASE # |

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying this agency if any stolen property or missing person hereby reported is returned.

SIGNATURE _____

| MULTIPLE CASES CLOSED | 140 CASE # | 141 SFX | 142 CASE # | 143 SFX | 144 CASE # | 145 SFX | 146 ORIGINAL DATES CASES CLOSED ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 147 CASE STATUS ☐ PENDING ☐ INACTIVE ☐ CLOSED | 148 CASE DISPOSITION: ☐ CLEARED BY ARREST (JUV.) ☐ CLEARED BY ARREST (ADULT) ☐ UNFOUNDED ☐ ADM. CLEARED | EXCEPTIONAL CLEARANCE ☐ SUSPECT/OFFENDER DEAD ☐ OTHER PROSECUTION ☐ EXTRADITION DENIED ☐ LACK OF PROSECUTION ☐ JUVENILE, NO REFERRAL ☐ DEATH OF VICTIM | 149 REPORTING OFFICER PERKINS, DENTRY C | ID # 06622 |
| | | 150 ASSISTING OFFICER | | ID # |
| | | 151 SUPERVISOR APPROVAL VICKERS 06634 | 152 WATCH CMDR. THEE | ID # 02138 |

119

United States Secret Service
Montgomery RA



CITY OF: MONTGOMERY
COUNTY OF: —"—
STATE OF: ALABAMA

I, _Elaine P. Cooper_____, MAKE THE FOLLOWING
STATEMENT FREELY AND VOLUNTARILY TO    SA  FENWICK  ,
WHO HAS IDENTIFIED HIMSELF TO ME AS A SPECIAL AGENT WITH THE
UNITED STATES SECRET SERVICE.

I first discovered my checking account
had been compromised on Oct. 20 when
I went online (Regions) & saw where a
debit to Nextel had been drawn from
my acct. in the amt. of $221.00. Upon
further investigation I noticed a check
for $25.00 had been written to Quik
Stop on Oct. 17. The check number
was a series of new checks that I
never rec'd. I had ordered checks
earlier but since I don't write more
than 2 or 3 checks per month, I didn't
realize that I never rec'd the checks
until investigating my acct. further.
I immediately contacted Regions bank
on or about Oct. 20. I also filed a
report w/ the Montgomery Police Dept. on
or about Oct. 20.
    Regions bank has supplied me w/
numerous checks & I have signed
affidavits for each of those rec'd
thus far.
    I have reason to believe the checks

were taken by drug users & frequent
visiters to Bill Deits (located next door)
Condo which is adjacent to ours &
is only a few feet from our front
door.

What puzzles me is that the
checks were mailed in ~~late~~ August
but were not passed until October.

With regard to officials I have
spoken with concerning the checks
was the officer who filed the original
report.

With regard to the drug situation I
have spoken w/
Cpl K.A. Bentley - 241-4728 (narcotics)
Lt. Scott                    (narcotics)
Agent Denny Merritt - DA's office - 832-1677
& ~~one~~ police in Patrol Car)
Checks sent to me from Regions
#1762 - Southern Family (Tallassee) $130.32    10/21
1252 - Amoco (Gay Meadow) $45.26    10/24
1753 - B&R Towing    $25.00    10/19
1782 - Citgo #10    $25.00    10/23
1755 - Murphy USA #6728 $32.12    10/19
      - Kwik Shop (Fairground Rd) 25.00    10/17

PAGE 3 OF 3 PAGES

I have called Betsy @ B&R Towing three times to ask for a description of the vehicle that was towed. She has not yet provided it.

Carol Mills @ Regions Bank has the police report (if I remember correctly). I believe she needed it to prepare the affidavits. I failed to keep a copy.

I HAVE READ OVER THIS VOLUNTARY STATEMENT CONSISTING OF _____ PAGES, AND I HAVE BEEN GIVEN AN OPPORTUNITY TO MAKE CORRECTIONS. ALL FACTS CONTAINED HERIN ARE TRUE TO THE BEST OF MY KNOWLEDGE.

/S/ _Elaine D. Cooper_

SWORN BEFORE ME THIS 3rd DAY OF Nov , 2006, AT 2:45 AM/PM

/S/ _Fenwick_ A05411

SPECIAL AGENT, US SECRET SERVICE
AUTHORITY TO ISSUE OATH: 5USC303

WITNESSED: _____

122

LABARON COOPER
OR ELAINE P COOPER
2916 Canterbury Dr
Montgomery, AL 36111
Ph (334) 356-7611

1758
61-669/620

#18896448
Exp. 9~10~13
Dob 8-17-87   10-21-06   DATE

PAY TO THE ORDER OF  Sneakers  $ 237.58

two hundred and thirty seven /58  DOLLARS

REGIONS ⏢
BANK

FOR Sho.

Labaron Cooper

⑆062005690⑆ 0  0642 2195  1758

---

I _Elaine P Cooper_ do / do not recognize the above Regions Bank check.

The name, address and phone number all appear to be correct / not correct.

The check was written by me / someone else.

I know / do not know who tendered this check.

Signature: _Elaine P Cooper_ Name: _Elaine P Cooper_ Date: _11/3/06_

Location: United States Secret Service, Montgomery, Alabama

Witness: _____ FENWICK, A05411 Date: 11/03/06
United States Secret Service, Montgomery, AL

123

LABARON COOPER
OR ELAINE P COOPER
2916 Canterbury Dr
Montgomery, AL 36111
Ph (334) 356-7611

1765
61-580/620

DATE 10-22-06

PAY TO THE
ORDER OF _Sneakers_

$ 183-50

_One hundret eighty three_ /50 DOLLARS

REGIONS
BANK

FOR _Shoes_                    _Labaron Cooper_

⑆062005690⑆ 02 0642 21 5⑆ 1765

I _Elaine P Cooper_ do (do not) recognize the above Regions Bank check.

The name, address and phone number all appear to be (correct) / not correct.

The check was written by me / (someone else).

I know / (do not know) who tendered this check.

Signature: _Elaine P Cooper_ Name: _Elaine P Cooper_ Date: _11/3/06_

Location: United States Secret Service, Montgomery, Alabama

Witness: _____ FENWICK, A05441 Date: _11/03/06_
United States Secret Service, Montgomery, AL

124