**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE    AT __MONTGOMERY,__ ALABAMA

DATE COMMENCED __October 30, 2006__    AT __10:35__ A.M./P.M.

DATE COMPLETED __November 6, 2006__    AT __9:58__ A.M./P.M.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v | ) | CR NO 2:06cr173-MHT |
| | ) | |
| TANESHIA MICHELLE LAWSON | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Christopher Synder | X | Atty Christine A. Freeman |
| | X | Atty Pamela V. Kemp |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Daniel Korobkin, | Anthony Green, | Mitchell Reisner, |
|---|---|---|
| Law Clerk | Courtroom Deputy | Court Reporter |

JURORS

1.  Charles L. Huey                 7.  David Arnold Hooks
2.  Corrine Kay Dreyfus             8.  Colon Harris Leatherwood
3.  Christopher E. Thompson         9.  John Thomas Tracy
4.  Clif Shaylon Miller            10.  Mary Prater Wood
5.  Elizabeth Murdock              11.  Katherine Hart Rainey
6.  Tracy L. Hatcher               12.  Johnny J. Frazier, III

ALTERNATES

13. Thomas M. McLaney              14. Brandi Leigh Wilkerson

**JURY SELECTION**

| 10:20a.m. | Court convened. Multiple voir dire begun (Cr Nos. 2:06cr218-MHT, USA v Morris; 1:06cr101-MHT, USA v Okonkwo; **2:06cr173-MHT, USA v Lawson**) |
|---|---|
| 12:50 p.m. | Jury seated and excused; trial scheduled for Monday November 6, 2006, 9:00 a.m. |

**MINUTES**
**JURY TRIAL COMMENCING ON 11/6/06 BEFORE JUDGE MYRON H. THOMPSON**
**CR. 2:06cr173-MHT, USA v TANESHIA MICHELLE LAWSON**

**11/6/06**

| | |
|---|---|
| 9:00 a.m. | Hearing commenced out of jury's presence regarding [134] Motion in Limine and [138] Motion to Continue trial. Oral arguments heard. **Oral Order** granting [134] Motion in Limine. Trial to proceed. |
| 9:25 a.m. | Recess. |
| 9:39 a.m. | Court reconvenes regarding [139] Motion for Reconsideration. Oral arguments heard. **Oral Order** rescinding Oral Order granting [134] Motion in Limine. Defendant's **Oral Motion** to Continue trial; trial continued. |
| 9:55 a.m. | Jury seated and excused. |
| 9:58 a.m. | Court adjourned. |