IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )    CRIMINAL ACTION NO.
                            )       2:06cr173-MHT
TANESHIA MICHELLE LAWSON    )
```

## ORDER

For the reasons stated in open court, it is ORDERED that defendant Taneshia Michelle Lawson's conditional motion to continue trial because of Rule 404(b) evidence (doc. no. 138) is denied.

DONE, this the 6th day of November, 2006.

                                        /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE