IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.                        ) | CRIMINAL ACTION NO. |
| ) | 2:06cr173-MHT |
| TANESHIA MICHELLE LAWSON   ) | |

ORDER

Based on the representations made in open court today, it is ORDERED as follows:

(1) Defendant Taneshia Michelle Lawson's motion <u>in limine</u> as to proposed Rule 404(b) evidence (doc. no. 134) is set for hearing on January 5, 2007, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2) The government is allowed until November 20, 2006, to submit to the court any supplementary Rule 404(b) evidence if it has such.

(3) Defendant Lawson is allowed until December 11, 2006, to submit to the court her evidentiary response.

(4) Defendant Lawson is allowed until December 11, 2006, to file any motions challenging the admissibility of the government's Rule 404(b) evidence, on a basis other than Rule 404(b)--for example, a motion challenging the photo line-up. Any such motions must be accompanied by a brief.

(5) The government is allowed until December 15, 2006, to submit a supplemental brief on the motion <u>in limine</u> and any subsequent related motions, and defendant Lawson is allowed until December 28, 2006, to do the same.

DONE, this the 6th day of November, 2006.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE