IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )    CRIMINAL ACTION NO.
                            )        2:06cr173-MHT
TANESHIA MICHELLE LAWSON    )
```

ORDER

Based on the representations made in open court today, it is ORDERED as follows:

(1) Defendant Taneshia Michelle Lawson's motion for reconsideration (doc. no. 139) is treated as a motion to reconsider both orders and opinions entered on October 30, 2006 (doc. no. 110), and November 6, 2006 (doc. no. 141).

(2) Defendant Lawson is allowed until November 20, 2006, to submit to the court her new, "keyed" expert psychiatric testimony.

(3) The government is allowed until December 11,

2006, to submit to the court its own expert psychiatric testimony.

(4) Defendant Lawson is allowed until December 15, 2006, to submit a supplemental brief, and the government is allowed until December 28, 2006, to do the same.

(5) Defendant Lawson's motion for reconsideration (doc. no. 139) is set for hearing on January 5, 2007, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 6th day of November, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE