IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )
    v.                       )   CRIMINAL ACTION NO.
                             )      2:06cr173-MHT
TANESHIA MICHELLE LAWSON     )
```

## ORDER

It is ORDERED as follows:

(1) The government's motion <u>in limine</u> to exclude school records and lay testimony (doc. no. 129) is set for hearing on January 5, 2007, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2) Any supplemental briefs are due December 28, 2006.

DONE, this the 6th day of November, 2006.

　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　  UNITED STATES DISTRICT JUDGE