**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-cr-173-MHT** |
| | ) | |
| **TANESHIA M. LAWSON** | | |

### *DEFENDANT'S SECOND MOTION TO SEAL*

**NOW COMES**  the defendant, Taneshia Lawson, by and through undersigned

counsel, and moves this Court to enter an Order *placing under seal* the Addendum Report

prepared by Theron M. Covin, and which is attached as an Exhibit to Defendant's Notice of

Keyed Expert Evidence (D.E. 148).

Because these materials contain personal and medical information about Ms. Lawson,

as well as information specific to issues to be determined at trial, defendant respectfully

requests that this document be filed *under seal* and remain under seal until further Order of

this Court.

**WHEREFORE**, the Defendant respectfully prays that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Taneshia M. Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2006, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher Snyder, Assistant United States Attorney, One Court Square, Suite 201, Montgomery,

Alabama 36104.

> **s/Christine A. Freeman**
> **CHRISTINE A. FREEMAN**
> **TN BAR NO.: 11892**
> Attorney for Taneshia M. Lawson
> Federal Defenders
> Middle District of Alabama
> 201 Monroe Street, Suite 407
> Montgomery, AL 36104
> TEL:   (334) 834-2099
> FAX:   (334) 834-0353
> E-Mail: Christine_Freeman@fd.org