IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA        )
                                )
        v.                      )    CRIMINAL ACTION NO.
                                )      2:06cr173-MHT
TANESHIA MICHELLE LAWSON        )


                          ORDER

     It is ORDERED that the motion to seal (doc. no. 149)

is granted.

     DONE, this the 21st day of November, 2006.


                        ___/s/ Myron H. Thompson___
                        UNITED STATES DISTRICT JUDGE