# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CR. NO. 2:06-cr-173-MHT |
| **TANESHIA MICHELLE LAWSON** | ) ) ) | |

## United States' Unopposed Motion for Extension of Time to File Expert Report

The United States respectfully moves the Court to grant a brief continuance of time for it to prepare and file its expert report. Currently, the Report is due on Monday, December 11, 2006. The United States requests this relief for the following reasons:

1.  On November 6, 2006, this Court issued an Order, giving Defendant Taneshia Lawson an additional two weeks to November 20, 2006, to submit to the Court her new, "keyed" expert psychiatric testimony. The Court also gave the United States until December 11, 2006 to file its Initial Expert Report.

2.  The United States has retained a forensic psychologist from Southern Florida, Lori Butts, Ph.D., J.D. Dr. Butts, however, is unable to meet with Ms. Lawson until tomorrow, December 9, 2006. Additionally, Dr. Butts has indicted that she would need to review Dr. Coven records, numerous pleadings, and documents in this case. She therefore has indicated that she will need an additional eight court days to prepare her report, up to and including Tuesday, November 19, 2006.

4.     AUSA Snyder is aware that an extension of time will affect the existing briefing schedule therefore would request that sufficient time be granted to the defense to brief properly the issues before the hearing in this matter. To the extent it is necessary to preserve the Court's current hearing date, the United States is willing to truncate the time it has been allotted to respond.

5.     AUSA Snyder has spoken with one of Ms. Lawson's attorneys, Patricia Kemp, Esq., who has indicated that she and Lawson's other attorney, Christine Freeman, Esq., do not object to this continuance.

Based on the facts stated above, the United States respectfully requests that the Court grant a brief continuance in this matter.

Respectfully submitted this 8th day of December, 2006.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/ Christopher Snyder
> CHRISTOPHER A. SNYDER
> Assistant United States Attorney
> One Court Square, Suite 201
> Montgomery, AL 36104
> Phone: (334)223-7280
> Fax: (334)223-7135
> E-mail: christopher.a.snyder@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christine Freeman and Patricia Kemp.

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney