IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


**UNITED STATES OF AMERICA** )
)
  v.                         )   CRIMINAL ACTION NO.
                             )      2:06cr173-MHT
**TANESHIA MICHELLE LAWSON** )


### ORDER

With regard to defendant Taneshia Michelle Lawson's motion for reconsideration (doc. no. 139), it is ORDERED as follows:

(1) The government's unopposed motion for an extension (doc. no. 162) is granted.

(2) The government is allowed until December 19, 2006, to submit to the court its own expert psychiatric testimony.

(3) Defendant Taneshia Michelle Lawson is now allowed until December 27, 2006, to submit a supplemental brief,

and the government is now allowed until January 3, 2007, to do the same.

    DONE, this the 11th day of December, 2006.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**