IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-cr-173-MHT |
| ) | |
| TANESHIA MICHELLE LAWSON ) | |

**United States' Unopposed Motion for Extension of
Time to Respond to Motions in Limine**

The United States respectfully moves the Court to grant a brief continuance of time for it to prepare and file its response to Defendant Taneshia Lawson's Motions in Limine (Doc. Nos. 134 and 164). Currently, the Government's Response to both motions is due on Friday, December 13, 2006. The United States requests this relief for the following reasons:

1. The latter Motion was filed after hours on Monday, December 11, 2006. The Motion is 18 pages long and involves several areas of constitutional and evidentiary law, which will require the Government additional time to research. Additionally, for the sake of efficiency and clarity, the United States would like to submit one response to both of Lawson's motions.

2. The Assistant United States Attorney assigned to this case, Christopher Snyder, has several large cases that he had to present to the Grand Jury this week and that he finished presenting only this afternoon. Consequently, the United States requests a brief extension

up to and including Monday, December 18, 2006, in which to file its response to both of these motions.

3.      AUSA Snyder is aware that an extension of time will affect the existing briefing schedule and, therefore, requests that sufficient time be granted to the defense to brief properly the issues prior to the hearing in this matter.  AUSA Snyder has spoken with Christine Freeman, Esq., and she has indicated that she does not object to this continuance.

Based on the facts stated above, the United States respectfully requests that the Court grant a brief continuance in this matter.

Respectfully submitted this 13th day of December, 2006.

>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>/s/ Christopher Snyder
>CHRISTOPHER A. SNYDER
>Assistant United States Attorney
>One Court Square, Suite 201
>Montgomery, AL 36104
>Phone: (334)223-7280
>Fax: (334)223-7135
>E-mail: christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christine Freeman and Patricia Kemp.

>/s/ Christopher Snyder
>CHRISTOPHER A. SNYDER
>Assistant United States Attorney