IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr173-MHT |
| **TANESHIA MICHELLE LAWSON** | ) | |

### ORDER

With regard to defendant Taneshia Michelle Lawson's motions <u>in limine</u> as to proposed 404(b) evidence (doc. no. 134) and cross-racial identification (doc. no. 164), it is ORDERED as follows:

(1) The government's unopposed motion for an extension (doc. no. 165) is granted.

(2) The government is now allowed until December 19, 2006, to submit to the court its response and supplemental brief, and defendant Taneshia Michelle

Lawson is now allowed until December 27, 2006, to do the same.

DONE, this the 15th day of December, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**