# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CR. NO. 2:06-cr-173-MHT |
| TANESHIA MICHELLE LAWSON | ) ) ) | |

## United States' Motion to Seal

The United States moves the Court to seal two documents, which have been filed on the Court's CM/ECF system. The first is the attachment to DE 135. This document contains personal information of victims. Pursuant to the Middle District's General Order 2:04mc3228, this information should not be available for public viewing.

The second document, the Government's expert report, is attached to DE 167. The report contains personal and medical information about the defendant. As a result, it likewise should be sealed under the General Order.

Respectfully submitted this 19th day of December, 2006,

                                            LEURA G. CANARY
                                            UNITED STATES ATTORNEY

                                            /s/ Christopher Snyder
                                            CHRISTOPHER A. SNYDER
                                            Assistant United States Attorney
                                            One Court Square, Suite 201
                                            Montgomery, AL 36104
                                            Phone: (334) 223-7280
                                            Fax: (334) 223-7135
                                            E-mail: christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christine Freeman and Patricia Kemp.

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney