# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | CR. NO. 2:06-cr-173-MHT |
| ) | |
| **TANESHIA MICHELLE LAWSON** ) | |

## Unopposed Motion to Permit Filing

The United States respectfully moves this Court to permit the filing of its Response to Defendant Taneshia Michelle Lawson's Motions in Limine (Doc. Nos. 134 and 164), which has being filed approximately seven hours after its due date.

AUSA Snyder has spoken with Christine Freeman, Esq. prior to this filing, and she has indicated that the United States could represent that she does not object to such an out-of-time filing.

Respectfully submitted this 20th day of December, 2006,

                            LEURA G. CANARY
                            UNITED STATES ATTORNEY

                            /s/ Christopher Snyder
                            CHRISTOPHER A. SNYDER
                            Assistant United States Attorney
                            One Court Square, Suite 201
                            Montgomery, AL 36104
                            Phone: (334) 223-7280
                            Fax: (334) 223-7135
                            E-mail: christopher.a.snyder@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on December 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christine Freeman.

                                              <u>/s/ Christopher Snyder</u>
                                              CHRISTOPHER A. SNYDER
                                              Assistant United States Attorney