IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | CRIMINAL ACTION NO. |
| ) | 2:06cr173-MHT |
| **TANESHIA MICHELLE LAWSON** ) | |

**ORDER**

It is ORDERED that the motion to seal (doc. no. 168) is granted.

DONE, this the 20th day of December, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**