IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr173-MHT |
| **TANESHIA MICHELLE LAWSON** | ) | |

ORDER

It is ORDERED that the government's unopposed motion to permit a late filing (doc. no. 170) is granted.

DONE, this the 20th day of December, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**