IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
  v. )   CRIMINAL ACTION NO.
) 2:06cr173-MHT
**TANESHIA MICHELLE LAWSON** )

ORDER

It is ORDERED as follows:

(1) The government's motion in limine regarding Sylvan Learning Center records (doc. no. 178) is set for hearing on January 5, 2007, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2) The government is to file a response by January 3, 2007.

DONE, this the 29th day of December, 2006.

　　　　　　　　　　　　　   /s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**