IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-173-MHT |
| | ) | |
| TANESHIA M. LAWSON | ) | |

## NOTICE OF FILING OF EXHIBIT

**COMES NOW** the undersigned counsel, and provides notice of the filing of the attached exhibits:

- One CD titled, "Sneaker #6 Auburn, AL Bad Check (2) 10/21/06" Originally Bates Stamped 125

- One CD titled, "Sneaker Auburn, AL Bad Check (2) 10/21/06 & 10/22/06 Video Footage" Originally Bates Stamped 126

- One CD titled, "Qwik Pawn Shop Relev. Seg Disc # 1" Originally Bates Stamped 127

- One CD titled, "Qwik Pawn Shop Relev. Seg Disc # 1" Originally Bates Stamped 128

These CD's were produced by the Government as a part of discovery. The CD's originally bates stamped 125 and 126 are alleged to contain video surveillance footage of bad checks being passed by an unidentified woman and by a man at a Sneakers store in Auburn, Alabama on October 21 and 22, 2006. The CD's originally bates stamped 127 and 128 are alleged to contain video surveillance of Ms. Lawson and the other co-defendants in this case inside of the Qwik Pawn Shop On October 3 and October 31, 2003.

Dated this the 29th day of December, 2006.

Respectfully submitted,

*Patricia Kemp*
PATRICIA KEMP
ASB-4592-R80K
Attorney for Taneshia Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: patricia_kemp@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2006, I filed the foregoing with the Clerk of the Court. I will send notification of such filing to the following via the United States Postal Service: Christopher Snyder, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

*Patricia Kemp*
PATRICIA KEMP
ASB-4592-R80K
Attorney for Taneshia Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: patricia_kemp@fd.org