# FEDERAL DEFENDERS

**MIDDLE DISTRICT OF ALABAMA**
**FEDERAL DEFENDER PROGRAM, INC.**
**201 MONROE STREET, SUITE 407**
**MONTGOMERY, AL 36104**
TELEPHONE (334) 834-2099
FACSIMILE (334) 834-0353
Website: www.almfd.org

CHRISTINE A. FREEMAN
Executive Director

December 17, 2006

**VIA FACSIMILE**

Chris Snyder, Esquire
Assistant U. S. Attorney
One Court Square, Suite 201
Montgomery, AL 36104

**Re:    Dr. Covin's Raw Data**

Mr. Snyder:

Per your request, we have obtained the raw data generated from our expert's evaluation of Taneshia Lawson. Please find attached to this letter, the raw data that we received today, Sunday, December 17, 2006, from our expert, Dr. Covin.

If you do not receive this fax in its entirety or if you have any questions or concerns, please contact me at (334) 834-2099.

Sincerely,

Patricia Kemp

Patricia Kemp
Attorney for Taneshia Lawson

Softcover Answer Sheet
Hand Scoring



MMPI-2™

**Minnesota Multiphasic Personality Inventory-2**™



RECEIVED
DEC 1 7 2006
By___PVIC___

**DIRECTIONS:**

Please follow these directions when completing the identification areas on this page and responding to the MMPI-2 Items on page 3.

1. Print your name, birth date, age, sex, and test date in the area to the right.

2. Use a pencil only and fill in the circles on page 3 with heavy, dark marks.

3. If you make a mistake or change your mind, erase your first response completely and then fill in the correct circle.

4. Do not make any marks outside the circles.

_Mrs Tanisha Lowa___

Last Name          First          Middle

_Aug 3, 80    22    F_

Birth Date          Age          Sex

_Oct 6 / 2006_          _Fanale_

Test Date

_Female_



Pearson Assessments P. O. Box 1416 Minneapolis MN 55440
800-627-7271  www.pearsonassessments.com

Minnesota Multiphasic Personality Inventory-2 (MMPI-2)
Copyright © 1942, 1943 (renewed 1970), 1989 by the Regents of the University of Minnesota. All rights reserved. Distributed exclusively by NCS Pearson, Inc. under license from the University of Minnesota. Printed in the United States of America.
"Minnesota Multiphasic Personality Inventory-2" and "MMPI-2" are trademarks of the University of Minnesota.
A B C D 2000

Product Number
24018

**DO NOT SEND TO PEARSON ASSESSMENTS**
**USE ONLY FOR HAND SCORING**

**MARKING DIRECTIONS:**

- Make dark, heavy marks that completely fill the circle.

- Use a soft, black lead pencil.

- Erase mistakes cleanly.

# TOMM: Score Sheet

*by Tom Tombaugh, Ph.D.*

Name: _Tomslyn Lawson_      Date: _10 / 8 / 2006_

Age: _22_    Gender: Male ☐   Female ☑

Name of Administrator: _Cuivd_

## Instructions:

Each trial lists both correct (**bold, <u>underlined</u>**) and incorrect (regular text) responses. While running the test, *circle the name of the item* that the respondent chooses. After administering the test, put a checkmark in the box beside each number that has a circled **bold** and <u>underlined</u> response. Add up the number of checkmarks in both columns to obtain the total number of correct responses and record it at the bottom of each trial.



Copyright © 1996, Multi-Health Systems Inc. All rights reserved. In the U.S.A., 908 Niagara Falls Blvd., North Tonawanda, NY 14120-2060, 1-800-456-3003. In Canada, 3770 Victoria Park Avenue, Toronto, ON M2H 3M6. 1-800-268-6011, 1-416-424-1700, Fax 1-416-424-1736

# TOMM Score Sheet: Trial 1



|  | A | B |  |  | A | B |  |
|---|---|---|---|---|---|---|---|
| 1. | spinning wheel | cookie | ☑ | 26. | T.V. | hand bath | ☑ |
| 2. | tent | kleenex box | ☑ | 27. | maple leaf | boat | ☑ |
| 3. | dustpan | stove | ☑ | 28. | crutch | wrench | ☑ |
| 4. | mailbox | teepee | ☑ | 29. | bow | cake | ☐ |
| 5. | birdbath | can | ☑ | 30. | key | sock | ☑ |
| 6. | suitcase | comb | ☑ | 31. | cloud | rose | ☑ |
| 7. | pennant | boat | ☐ | 32. | cracker | pencil | ☑ |
| 8. | gas pump | marika?notes | ☑ | 33. | corn | ladder | ☑ |
| 9. | ring | guitar | ☑ | 34. | wheelbarrow | fire hydrant | ☑ |
| 10. | hat | Christmas tree | ☑ | 35. | whistle | grapes | ☑ |
| 11. | muffin pad | train | ☑ | 36. | toilet paper | birdhouse | ☑ |
| 12. | mailbox | brush | ☑ | 37. | shopping cart | teddy bear | ☑ |
| 13. | wheat | axe | ☑ | 38. | cigarettes | ice cream | ☑ |
| 14. | jack o' lantern | coat hanger | ☑ | 39. | roller skate | glue | ☑ |
| 15. | wallet | scissors | ☑ | 40. | cherries | umbrella | ☑ |
| 16. | safety pin | elephant | ☑ | 41. | life preserver | mountains | ☑ |
| 17. | saw | door | ☑ | 42. | wheelchair | stapler | ☐ |
| 18. | butterfly net | lawn mower | ☑ | 43. | swing set | bunk bed | ☑ |
| 19. | pullout bed | candle | ☑ | 44. | soup ladle | pitch shovel | ☑ |
| 20. | motorcycle | knife | ☑ | 45. | dice | hen | ☑ |
| 21. | fishing pole | sewing machine | ☑ | 46. | carrot | book | ☑ |
| 22. | jack-in-the-box | rocking chair | ☑ | 47. | drum | soap | ☑ |
| 23. | bench | fence | ☑ | 48. | paper clip | bird cage | ☑ |
| 24. | screw | stool | ☑ | 49. | vest | telescope | ☑ |
| 25. | donkey | bow & arrow | ☑ | 50. | end table | mask | ☑ |

## TOTAL Correct for Trial 1 =  48

# TOMM Score Sheet: Trial 2

| | A | B | | | A | B | |
|---|---|---|---|---|---|---|---|
| 1. | scissors | clock | ☑ | 26. | vest | baseball bat | ☑ |
| 2. | banana | musical notes | ☑ | 27. | string of pearls | stapler | ☑ |
| 3. | hobbyhorse | tin can | ☑ | 28. | window | spinning wheel | ☑ |
| 4. | ice cream cone | lock & key | ☑ | 29. | tree | lipstick | ☑ |
| 5. | sewing machine | bird feeder | ☑ | 30. | shoe | butterfly net | ☑ |
| 6. | chair | curtsy | ☑ | 31. | notebook | coffee table | ☑ |
| 7. | light bulb | eggs | ☑ | 32. | mouse | pine cone | ☑ |
| 8. | elephant | batteries | ☑ | 33. | basketball net | maple leaf | ☑ |
| 9. | ceiling fan | Jack o' lantern | ☑ | 34. | stepladder | filing cabinet | ☑ |
| 10. | wreath | ashtray | ☑ | 35. | felt marker | candle | ☑ |
| 11. | suitcase | spray bottle | ☑ | 36. | wishing well | muffin pan | ☑ |
| 12. | container | saw | ☑ | 37. | hat | mustard bottle | ☑ |
| 13. | carrot | chair & table | ☑ | 38. | guitar | hot dog on fork | ☑ |
| 14. | saltshaker | birdhouse | ☑ | 39. | telephone pole | key | ☑ |
| 15. | eyeglasses | rake | ☑ | 40. | pennant | bell | ☑ |
| 16. | clothespin | motorcycle | ☑ | 41. | hairbrush | jack-in-the-box | ☑ |
| 17. | swing set | noodle & thread | ☑ | 42. | playing card | life preserver | ☑ |
| 18. | racket | light switch | ☑ | 43. | kleenex box | stump | ☑ |
| 19. | knife | pail & shovel | ☑ | 44. | picnic basket | dart | ☑ |
| 20. | onion | wrench | ☑ | 45. | axe | anchor | ☑ |
| 21. | lighter | umbrella | ☑ | 46. | fishhook | paintbrush | ☑ |
| 22. | pull toy | mirror | ☑ | 47. | shopping cart | sack | ☑ |
| 23. | cake | purse | ☑ | 48. | wheelbarrow | thermos | ☑ |
| 24. | fan | paper clip | ☑ | 49. | mask | cross | ☑ |
| 25. | whistle | bricks | ☑ | 50. | oven mitts | stool | ☑ |

## TOTAL Correct for Trial 2 = [ 50 ]

# TOMM Score Sheet: Retention Trial

| | A | B | | | A | B | |
|---|---|---|---|---|---|---|---|
| 1. | light socket | wrench | ☐ | 26. | kleenex box | wagon | ☐ |
| 2. | stapler | fridge | ☐ | 27. | cheese | chair | ☐ |
| 3. | jack-in-the-box | gondola | ☐ | 28. | robin | shoe | ☐ |
| 4. | tree | mask | ☐ | 29. | coat | shopping cart | ☐ |
| 5. | maple leaf | peanuts | ☐ | 30. | bunch | fence | ☐ |
| 6. | jack o' lantern | carton | ☐ | 31. | extension cord | motorcycle | ☐ |
| 7. | mailbox | carrot | ☐ | 32. | milk | wheelbarrow | ☐ |
| 8. | skip rope | light bulb | ☐ | 33. | pan | snowman | ☐ |
| 9. | toothbrush | candy | ☐ | 34. | zipper | ice cream cone | ☐ |
| 10. | life preserver | bird | ☐ | 35. | package | cauliflower | ☐ |
| 11. | elephant | lamp | ☐ | 36. | muffin pan | trophy | ☐ |
| 12. | water faucet | musical notes | ☐ | 37. | swing set | pipe | ☐ |
| 13. | loaf of bread | scissors | ☐ | 38. | diving board | whistle | ☐ |
| 14. | stool | cup | ☐ | 39. | sewing machine | necktie | ☐ |
| 15. | slingshot | birdhouse | ☐ | 40. | can | toaster | ☐ |
| 16. | butterfly net | lighthouse | ☐ | 41. | saw | sign | ☐ |
| 17. | clown | rocket | ☐ | 42. | roller skates | scales | ☐ |
| 18. | wagon | ball & glove | ☐ | 43. | drill | spinning wheel | ☐ |
| 19. | oven pan | footstool | ☐ | 44. | boat | plant | ☐ |
| 20. | cake | dinner bell | ☐ | 45. | electric fan | key | ☐ |
| 21. | pumpkin | church | ☐ | 46. | sunbonnet | rolling pin | ☐ |
| 22. | windmill | vest | ☐ | 47. | phone | mouse | ☐ |
| 23. | cat | kite | ☐ | 48. | suitcase | needle | ☐ |
| 24. | airplane | guitar | ☐ | 49. | clipboard | axe | ☐ |
| 25. | stepladder | water fountain | ☐ | 50. | paper clip | scarf | ☐ |

## TOTAL Correct for Retention Trial = 50

WEST TB

And

In

Him

Make

Cook

Must

Enter

Light

Reach

+10   circle

25 RAW   Expalin

Corret



# WAIS-III

**WECHSLER ADULT INTELLIGENCE SCALE – THIRD EDITION**

Name _Tanesha Lawson_

Examiner _Bwinn_

Age _22_    Date of Testing _10-1-2000_

## 1. Picture Completion



**Examinee Response to Item**

Names object pictured rather than missing part

Mentions part of the picture that is off the page
(e g , the legs of the man in Item 14)

Mentions an unessential missing part

**Examiner Query**
(Say each query only once for the entire administration)

*Yes, but what is missing?*

*Something is missing in the picture. What is it that is missing?*

*Yes, but what is the most important part that is missing?*

If the examinee responds correctly after any of the above queries, score 1 point for the response

| Item | Response | Score (0 or 1) |
|------|----------|----------------|
| Comb | | / |
| Table | | / |
| Face | | / |
| Briefcase | | / |
| Train | | / |
| 6. Door | | / |
| 7. Glasses | | / |
| 8. Pitcher | quarter | 0 |
| 9. Pliers | | / |

| Item | Response | Score (0 or 1) |
|------|----------|----------------|
| 10. Leaf | blk | 0 |
| 11. Pie | blk | 0 |
| 12. Jogging | | / |
| 13. Fireplace | | / |
| 14. Mirror | | 0 |
| 15. Chair | | 0 |
| 16. Roses | | 0 |
| 17. Knife | | 0 |
| 18. Boat | | 0 |

| Item | Response | Score (0 or 1) |
|------|----------|----------------|
| 19. Basket | | |
| 20. Clothing | | |
| 21. Lockers | | |
| 22. Cow | | |
| 23. Tennis Shoes | | |
| 24. Woman | | |
| 25. Barn | | |
| | **Total Raw Score** (Maximum = 25) | |

## 2. Vocabulary



| Item | Response | Score (0, 1 or 2) |
|------|----------|-------------------|
| Bed | | 2 |
| Ship | | 2 |
| Penny | | 2 |
| 4. Winter | | 2 |
| 5. Breakfast | | 2 |
| 6. Repair | | 2 |
| 7. Assemble | | 1 |

## 2. Vocabulary (continued)

| Item | Response | Score (0, 1, or 2) |
|------|----------|-------|
| 8. Yesterday | / | |
| 9. Terminate | 0 | |
| 10. Consume | 0 | |
| 11. Sentence | 0 | |
| 12. Confide | 0 | |
| 13. Remorse | 0 | |
| 14. Ponder | 0 | |
| 15. Compassion | | |
| 16. Tranquil | | |
| 17. Sanctuary | | |
| 18. Designate | | |
| 19. Reluctant | | |
| 20. Colony | | |
| 21. Generate | | |
| 22. Ballad | | |
| 23. Pout | | |
| 24. Plagiarize | | |
| 25. Diverse | | |
| 26. Evolve | | |
| 27. Tangible | | |
| 28. Fortitude | | |
| 29. Epic | | |
| 30. Audacious | | |
| 31. Ominous | | |
| 32. Encumber | | |
| 33. Tirade | | |

Total Raw Score
(Maximum = 66)
(Include credit for items on previous page.)

## 3. Digit Symbol—



**Coding**
**(previous page)**



● **Digit Symbol—**
**Incidental Learning (Optional)**
**(Response Booklet)**



**Digit Symbol—**
**Copy (Optional)**
**(Response Booklet)**

| Time Limit | 120″ |
|---|---|
| Completion Time | |
| Total Raw Score | Maximum=133 |

| | Total Score |
|---|---|
| Pairing | Maximum=18 |
| Free Recall | Maximum=9 |

| Time Limit | 90″ |
|---|---|
| Completion Time | |
| Total Raw Score | Maximum=133 |

## 4. Similarities



| Item | Response | Score (0 or 1) |
|---|---|---|
| Fork–Spoon | 1 | |
| Socks–Shoes | 1 | |
| Yellow–Green | 1 | |
| Dog–Lion | 1 | |
| Coat–Suit | 1 | |
| 6 Piano–Drum | 1 | (0, 1, or 2) |
| 7 Orange–Banana | 1 | |
| 8 Eye–Ear | 1 | |
| 9 Boat–Automobile | 2 | |
| 10. Table–Chair | 2 | |
| 11 Work–Play | 0 | |
| 12 Steam–Fog | 0 | |
| 13 Egg–Seed | 9 | |
| 14 Democracy–Monarchy | | |
| 15. Poem–Statue | | |
| 16. Praise–Punishment | | |
| 17 Fly–Tree | | |
| 18. Hibernation–Migration | | |
| 19 Enemy–Friend | | |

Total Raw Score
(Maximum = 33)

DEC-17-2006  16:36   FEDERAL DEFENDER

**Digit Symbol—Coding**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| — | ⊥ | ⅃ | L | U | O | ∧ | X | = |

Sample Items

| 2 | 1 | 3 | 7 | 2 | 4 | 8 | 2 | 1 | 3 | 2 | 1 | 4 | 2 | 3 | 5 | 2 | 3 | 1 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⊥ | — | ⅃ | ∧ | ⊥ | L | X | ⊥ | — | ⅃ | ⊥ | — | L | ⊥ | ⅃ | U | ⊥ | ⅃ | — | L |

| 5 | 6 | 3 | 1 | 4 | 1 | 5 | 4 | 2 | 7 | 6 | 3 | 5 | 7 | 2 | 8 | 5 | 4 | 6 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U | O | ⅃ | — | L | — | U | L | ⊥ | ∧ | O | ⅃ | U | ∧ | ⊥ | X | U | L | O | ⅃ |

| 7 | 2 | 8 | 1 | 9 | 5 | 8 | 4 | 7 | 3 | 6 | 2 | 5 | 1 | 9 | 2 | 8 | 3 | 7 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ∧ | ⊥ | X | — | = | U | X | L | ∧ | ⅃ | O | ⊥ | U | — | = | ⊥ | X | ⅃ | ∧ | L |

| 6 | 5 | 9 | 4 | 8 | 3 | 7 | 2 | 6 | 1 | 5 | 4 | 6 | 3 | 7 | 9 | 2 | 8 | 1 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| o | U | = | L |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

| 9 | 4 | 6 | 8 | 5 | 9 | 7 | 1 | 8 | 5 | 2 | 9 | 4 | 8 | 6 | 3 | 7 | 9 | 8 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

| 2 | 7 | 3 | 6 | 5 | 1 | 9 | 8 | 4 | 5 | 7 | 3 | 1 | 4 | 8 | 7 | 9 | 1 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

| 7 | 1 | 8 | 2 | 9 | 3 | 6 | 7 | 2 | 8 | 5 | 2 | 3 | 1 | 4 | 8 | 4 | 2 | 7 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

# 5. Block Design



**EXAMINEE**

| | Design | Time Limit | Incorrect Design | | Completion Time in Seconds | Correct Design | | Score (Circle the appropriate score for each design.) |
|---|---|---|---|---|---|---|---|---|
| 1. | | 30" | Trial 1 | Trial 2 | | Y | N | 0   Trial 2: 1   Trial 1: (2) |
| 2. | | 30" | Trial 1 | Trial 2 | | Y | N | 0   Trial 2: 1   Trial 1: (2) |
| 3. | | 30" | Trial 1 | Trial 2 | | Y | N | 0   Trial 2: 1   Trial 1: (2) |
| 4. | | 30" | Trial 1 | Trial 2 | | Y | N | 0   Trial 2: 1   Trial 1: (2) |
| 5. | | 60" | Trial 1 | Trial 2 | | Y | N | 0   Trial 2: 1   Trial 1: (2) |
| 6. | | 60" | Trial 1 | Trial 2 | | Y | N | 0   Trial 2: 1   Trial 1: (2) |
| 7. | | 60" | | | | Y | N | 0   (1-6": 4) 11-15": 5  6-10": 6  1-5": 7 |
| 8. | | 60" | | | | Y | N | 0   16-60": 4  (11-15": 5)  6-10": 6  1-5": 7 |
| 9. | | 60" | | | (0) | Y | N | 21-60": 4  16-20": 5  11-15": 6  1-10": 7 |
| 10. | | 120" | | | | Y | N | 0   36-120": 4  (27-35": 5)  21-26": 6  1-20": 7 |
| 11. | | 120" | | | | Y | N | (0)   66-120": 4  46-65": 5  31-45": 6  1-30": 7 |
| 12. | | 120" | | | | Y | N | (0)   76-120": 4  66-75": 5  41-55": 6  1-40": 7 |
| 13. | | 120" | | | | Y | N | (0)   76-120": 4  56-75": 5  41-55": 6  1-40": 7 |
| 14. | | 120" | | | | Y | N | 0   66-120": 4  46-65": 5  36-45": 6  1-35": 7 |

**EXAMINER**

Total Raw Score (Maximum = 68)

# 6. Arithmetic





| Problem | Time Limit | Completion Time in Seconds | Correct Response | Response | Score (0 or 1) | Problem | Time Limit | Completion Time in Seconds | Correct Response | Response | Score (0 or 1) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 15" | | 3 | | | 11. | 30" | | $10.50 | TC | 0 | | |
| 2. | 15" | | 0 | | | 12. | 60" | | 30¢ | | | | |
| 3. | 15" | | 12 | | | 13. | 60" | | $186.00 | | | | |
| 4. | 15" | | 2 | | | 14. | 60" | | 10 | | | | |
| 5. | 15" | | $9.00 | | | 15. | 60" | | $600.00 | | | | |
| 6. | 15" | | $1.00 | | | 16. | 60" | | 43 | | | | |
| 7. | 30" | | 5 | | | 17. | 60" | | $51.00 | | | | |
| 8. | 30" | | $1.50 | IC | 0 | 18. | 60" | | $49.50 | | | | |
| 9. | 30" | | 8 | IC | 0 | 19. | 60" | | 1 of 4 or 5 of 20 | | | 0 | 11"-60" 1 | 1"-10" 2 |
| 10. | 30" | | $3.60 | TC | 0 | 20. | 120" | | 96 | | | 0 | 11"-120" 1 | 1"-10" 2 |

**Total Raw Score (Maximum = 22)**

# 7. Matrix Reasoning

| Item | Response Options (Circle one) | | | | | | Score (0 or 1) |
|---|---|---|---|---|---|---|---|
| A. | 1 | 2 | 3 | 4 | 5 | DK | |
| B. | 1 | 2 | 3 | 4 | 5 | DK | |
| C. | 1 | 2 | 3 | 4 | 5 | DK | |
| 1. | 1 | 2 | 3 | 4 | 5 | DK | |
| 2. | 1 | 2 | 3 | 4 | 5 | DK | 1 |
| 3. | 1 | 2 | 3 | 4 | 5 | DK | 1 |
| 4. | 1 | 2 | 3 | 4 | 5 | DK | 1 |
| 5. | 1 | 2 | 3 | 4 | 5 | DK | 1 |
| 6. | 1 | 2 | 3 | 4 | 5 | DK | 0 |
| 7. | 1 | 2 | 3 | 4 | 5 | DK | |
| 8. | 1 | 2 | 3 | 4 | 5 | DK | |
| 9. | 1 | 2 | 3 | 4 | 5 | DK | |
| 10. | 1 | 2 | 3 | 4 | 5 | DK | 0 |
| 11. | 1 | 2 | 3 | 4 | 5 | DK | 0 |
| 12. | 1 | 2 | 3 | 4 | 5 | DK | |

| Item | Response Options (Circle one) | | | | | | Score (0 or 1) |
|---|---|---|---|---|---|---|---|
| 13. | 1 | 2 | 3 | 4 | 5 | DK | |
| 14. | 1 | 2 | 3 | 4 | 5 | DK | |
| 15. | 1 | 2 | 3 | 4 | 5 | DK | |
| 16. | 1 | 2 | 3 | 4 | 5 | DK | |
| 17. | 1 | 2 | 3 | 4 | 5 | DK | |
| 18. | 1 | 2 | 3 | 4 | 5 | DK | |
| 19. | 1 | 2 | 3 | 4 | 5 | DK | |
| 20. | 1 | 2 | 3 | 4 | 5 | DK | |
| 21. | 1 | 2 | 3 | 4 | 5 | DK | |
| 22. | 1 | 2 | 3 | 4 | 5 | DK | |
| 23. | 1 | 2 | 3 | 4 | 5 | DK | |
| 24. | 1 | 2 | 3 | 4 | 5 | DK | |
| 25. | 1 | 2 | 3 | 4 | 5 | DK | |
| 26. | 1 | 2 | 3 | 4 | 5 | DK | |

**Total Raw Score (Maximum = 26)**

# 8. Digit Span

| Digits Forward | | Trial Score | Item Score (0, 1, or 2) | Digits Backward | | Trial Score | Item Score (0, 1, or 2) |
|---|---|---|---|---|---|---|---|
| Trial | Item/Response | | | Trial | Item/Response | | |
| 1 | 1 1-7 | | 2 | 1 | 1 2-4 | | 2 |
|  | 2 6-3 | | | | 2 6-7 | | |
| 2 | 1 8-4-2 | | 2 | 2 | 1 6-2-9 | | 2 |
|  | 2 6-9-4 | | | | 2 4-1-5 | | |
| 3 | 1 6-4-3-9 | | 2 | 3 | 1 3-2-7-9 | | 0 |
|  | 2 7-2-8-6 | | | | 2 4-9-6-8 | | |
| 4 | 1 4-2-7-3-1 | | 0 | 4 | 1 1-6-2-8-6 | | 0 |
|  | 2 7-8-6-3-6 | | | | 2 6-1-8-4-3 | | |
| 5 | 1 6-1-9-4-7-3 | | 0 | 5 | 1 6-3-9-4-1-8 | | |
|  | 2 3-9-2-4-8-7 | | | | 2 7-2-4-8-8-6 | | |
| 6 | 1 8-9-1-7-6-2-6 | | | 6 | 1 8-1-2-9-3-6-8 | | |
|  | 2 4-1-7-9-3-8-6 | | | | 2 4-7-3-9-1-2-8 | | |
| 7 | 1 6-6-1-9-2-6-0-4-7 | | | 7 | 1 9-4-3-7-6-2-8-8 | | |
|  | 2 3-0-2-4-8-1-7-4 | | | | 2 7-2-8-1-9-4-8-3 | | |
| 8 | 1 2-7-6-6-6-2-8-8-4 | | | | | | |
|  | 2 7-1-3-9-4-2-8-6-8 | | | | | | |

Digits Forward Total Score (Maximum = 16)

Digits Backward Total Score (Maximum = 14)

Forward + Backward = (Maximum = 30)

# 9. Information

| Item | Response | Score (0 or 1) | Item | Response | Score (0 or 1) |
|---|---|---|---|---|---|
| 1 | Saturday | 1 | 8 | Hamlet | 2 |
| 2 | Age | 2 | 9 | Brazil | |
| 3 | Ball | 3 | 10 | MLK, Jr. | 1 |
| 4 | Months | 4 | 11 | Civil War President | |
| 5 | Thermometer | 5 | 12 | Cleopatra | |
| 6 | Sunrise | | 13 | Italy | 0 |
| 7 | Weeks | 0 | 14 | Relativity | 0 |

# 9. Information (continued)

| Item | Response | Score (0 or 1) | Item | Response | Score (0 or 1) |
|------|----------|---------------|------|----------|---------------|
| 15. | Olympics | 0 | 22. | Vessels | |
| 16. | Sahara Desert | | 23. | Catherine | |
| 17. | Genesis | | 24. | Continents | |
| 18. | Sistine Chapel | | 25. | Curie | |
| 19. | Gandhi | | 26. | World Population | |
| 20. | Koran | | 27. | Speed of Light | |
| 21. | Water | | 28. | Faust | |

Total Raw Score
(Maximum = 28)
(Include credit for items on previous page.)

# 10. Picture Arrangement



| Item (2 pts) | Item (1 pt) | Time Limit | Response Order | Completion Time in Seconds | Score (Circle One) | |
|--------------|-------------|-----------|----------------|---------------------------|--------|--------|
| 1. CAP    Trial 1 | | 30" | | | | 2 |
| | Trial 2 | 30" | | | 0 | 2 |
| 2. BAKE | | 45" | | | 0 | |
| 3. OPENS | | 60" | | | 0 | |
| 4. CHASE | | 60" | | | 0 | |
| 5. CLEAN | NCLEA | 90" | | | 0 | 1 |
| 6. HUNT | THUN | 90" | | | 1 | |
| 7. SAMUEL/AMUELS | SALMUE | 120" | | | 1 | 2 |
| 8. LUNCH | LUCNH | 120" | | | 1 | 2 |
| 9. CHOIR | HCOIR | 120" | | | 1 | 2 |
| 10. DREAM | | 120" | | | 0 | 2 |
| 11. SHARK | | 120" | | | 0 | 2 |

Total Raw Score
(Maximum = 22)

## II. Comprehension



| Item | Response | Score (0 or 1) |
|---|---|---|
| 1. Money | 1 | |
| 2. Watches | 1 | |
| 3. Clothes | 1 | (0, 1, or 2) |
| 4. Envelope | 2 | |
| 5. Food* | 1 | |
| 6. Parole* | 1 | |
| 7. Child labor* | 0 | |
| 8. Professional service | 1 | |
| 9. Taxes | 0 | |
| 10. History* | 0 | |
| 11. Deaf | 0 | |
| 12. Forest | 0 | |
| 13. Jury* | | |
| 14. City land | | |
| 15. Marriage license | | |
| 16. Free press | | |
| 17. Swallow | | |
| 18. Shallow brooks | | |

\* If the examinee replies with one idea, ask for a second response.
Rephrase the test item saying, "Tell me another reason."

Total Raw Score
Maximum = 33



## 12. Symbol Search

| Time Limit | 120" |
|---|---|
| Completion Time in Seconds | |
| Number Correct | |
| Number Incorrect | |
| Total Raw Score | Maximum = 60 |

## 13. Letter-Number Sequencing

| Trial | | Item/Response | Trial Score (0 or 1) | Item Score (0, 1, 2 or 3) |
|---|---|---|---|---|
| 1 | 1 | L-2 (2-L) | | |
| | 2 | 6-P (6-P) | | |
| | 3 | B-5 (5-B) | | |
| 2 | 1 | F-7-L (7-F-L) | | |
| | 2 | R-4-D (4-D-R) | | |
| | 3 | H-1-B (1-B-H) | | |
| 3 | 1 | T-9-A-3 (3-9-A-T) | | |
| | 2 | V-1-J-6 (1-5-J-V) | | |
| | 3 | 7-N-4-L (4-7-L-N) | | |
| 4 | 1 | 6-D-6-G-1 (1-6-6-D-G) | | |
| | 2 | K-2-C-7-8 (2-7-C-K-5) | | |
| | 3 | 6-P-3-Y-9 (3-6-9-P-Y) | | |
| 5 | 1 | M-4-K-7-9-2 (2-4-7-E-M-Q) | | |
| | 2 | W-8-H-5-F-3 (3-5-8-F-H-W) | | |
| | 3 | 6-G-9-A-2-8 (2-6-9-A-G-8) | | |
| 6 | 1 | B-3-8-4-2-1-C (1-3-4-8-C-R-Z) | | |
| | 2 | 6-T-9-J-2-X-7 (2-5-7-9-J-T-X) | | |
| | 3 | E-1-H-8-8-4-D (1-4-8-D-E-H-R) | | |
| 7 | 1 | 6-H-9-3-2-N-6-A (2-5-6-9-A-H-N-5) | | |
| | 2 | D-1-B-9-6-4-K-3 (1-3-4-9-B-D-K-R) | | |
| | 3 | 7-M-2-T-6-F-1-Z (1-2-6-7-F-M-T-Z) | | |

**Total Raw Score** (Maximum = 21)

## 14. Object Assembly
(Optional)




| Item | Time Limit | Completion Time in Seconds | Number of Correct Junctures | Assembly | Score (Circle the appropriate score for each object. Completion time in seconds.) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 21-120 | 16-20 | 11-15 | 1-10 | |
| 1. Man | 120" | | (0-5) | 1 | 0 | 1 | 2 | 3 | 4 | | | | | |
| | | | | | | | | | | | 56-120 | 31-55 | 21-30 | 1-20 |
| 2. Profile | 120" | | (0-9) | 1 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | |
| | | | | | | | | | | | 51-180 | 31-50 | 21-30 | 1-20 |
| 3. Elephant | 180" | | (0-8) | 1 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | |
| | | | | | | | | | | | 111-180 | 71-114 | 51-70 | 1-50 |
| 4. House | 180" | | (0-14) | 1 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | | | |
| | | | | | | | | | | | 131-180 | 76-110 | 51-75 | 1-50 |
| 5. Butterfly | 180" | | (0-8) | 1 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | |

- Round half scores up.

**Total Raw Score** (Maximum = 52)

Copyright © 1997 by The Psychological Corporation
All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording or any information storage and retrieval system, without permission in writing from the publisher.
The Psychological Corporation and the PSI logo are registered trademarks of The Psychological Corporation.
Wechsler Adult Intelligence Scale and WAIS are registered trademarks of The Psychological Corporation.
Printed in the United States of America.

*Center for Counseling & Human Development, Inc*
*191 Katherine Avenue*
*Ozark, AL 36360*
*334-774-7704*

December 20, 2006

VIA FACSIMILE AND U.S. Mail

Christine Freeman, Esq.
Federal Defenders, Middle District of Alabama
Federal Defender Program, Inc.
201 Monroe Street, Suite 407
Montgomery, AL 36104

RE: Release of Raw Data in the Taneshia Lawson Case

Dear Ms. Freeman:

Per your request, on Sunday, December 17, 2006, I faxed to your office
a copy of all of the raw data in my possession that was generated as a
result of my evaluations of your client, Taneshia Lawson. Also on
December 17th, I spoke with Attorney Patricia Kemp. She
acknowledged receipt of the raw data and relayed that the data had been
faxed to United States Attorney Chris Snyder. In addition, I received a
follow up call from Ms. Kemp in which she indicated that Mr. Snyder
wanted additional verification that the raw data that he had received was
in fact inclusive of all of the raw data in my possession and that he did
not have any data on the WRAT-III nor Bender. In addition, she relayed
that he wanted to know whether or nor I had written an additional report
in the Lawson case which he did not have in reference to this case. I
verified with Ms. Kemp that the raw data that I had faxed represented all
the raw data in my possession and that I had faxed the raw data on the

RECEIVED
DEC 21 2006
CH
By

WRAT-III and Bender Furthermore, I stated that her that I had written no other report on Taneshia, if I had, I would have already provided such a report to the Federal Defenders which would already be a matter of record. She verified with me that she had received the WRAT-III and Bender raw data and that I had not written an additional report in the Lawson case.

It has come to my attention that Mr. Snyder, again, wants additional verification that he has all of the relevant raw data. The only item from the list which he does not have which is specified would be the scoring and profiling of the MMPI-2 from the raw data. I am providing this as an attachment, see MMPI-2 Profile for Validity and Clinical Scales.

Please let this letter serve as a final verification that all of the materials faxed to your office on December 17, 2006 and under this cover, represents all of the notes, raw data, and/or reports relating to the administration of the five tests given to Ms. Lawson by me on October 6, 2006, including, but not limited to the Wechsler Adult Intelligence Scale-III, the Minnesota Multiphasic Personality Inventory-2, the Wide Range Achievement Test-III, the Test of Memory Malingering; and the Bender Motor Gestalt Test.

_____
Theron M. Covin, Ed.D., LPC, LMFT
Fellow and Diplomate, American Board of Medical Psychotherapists and Psychodiagnosticians

Sworn before me this ___21___ day of December, 2006.

_____
Notary

My commission expires_____.

My Commission Expires October 23, 2010