# MMPI-2

## Assessing Personality and Psychopathology

THIRD EDITION

*John R. Graham*
Kent State University

New York   Oxford
OXFORD UNIVERSITY PRESS
2000

of Change*

| C | D |
|---|---|
| 0 | 0 |
| 6 | 0 |
| 0 | 0 |
| 3 | 1 |
| 0 | 0 |
| 2 | 3 |
| 1 | 1 |
| 1 | 2 |
| 0 | 1 |
| 1 | 1 |
| 7 | 5 |
| 1 | 0 |
| 2 | 1 |
| 3 | 3 |

C, grammatical

989). Minnesota nneapolis: Uni- linnesota Press.

MMPI-2 in- sample, up- some new similarities

# 2

## Administration and Scoring

### Qualifications of Test Users

The MMPI-2 is easily administered and scored by hand or by using computerized procedures. Although these procedures can be completed by a clerk or secretary, the MMPI-2 is a sophisticated psychological test. Its use is restricted to qualified professionals who have adequate training in test theory, personality structure and dynamics, and psychopathology and psychodiagnosis. Additionally, users of MMPI-2 should have detailed knowledge of the inventory itself. Familiarity with all material included in the MMPI-2 manual is essential. Additionally, users should be familiar with MMPI-2 interpretive procedures presented in books such as this one.

### Who Can Take the MMPI-2?

The MMPI-2 is intended for use with persons who are 18 years of age or older. The MMPI-A (Butcher et al., 1992) should be used with persons who are younger than 18. Because both the MMPI-A and MMPI-2 were normed on 18 year olds, either test can be used with persons of this age. The clinician should decide for each individual case whether to use the MMPI-A or MMPI-2 with 18 year olds. Ordinarily, the MMPI-A would probably be selected for 18 year olds who are still in high school and the MMPI-2 for 18 year olds who are in college, working, or otherwise living a more independent life-style. Obviously, there will be some cases where it is not clear which form should be used (e.g., an 18-year-old woman raising her young child but living in her parents' home). Shaevel and Archer (1996) demonstrated that the same test responses lead to lower validity scale scores and higher clinical scale scores when the MMPI-2 norms are used than when the MMPI-A norms are used. However, data are not available to permit conclusions about which norms (MMPI-2 or MMPI-A) most accurately reflect what 18 year olds are really like. Shaevel and Archer recommended that in such cases raw scores should be plotted using both sets of norms so that interpretive

K Scale Descriptors

statements can be evaluated in the context of developmental differences and influences. As long as visual disabilities or other physical problems do not interfere, there is no upper age limit to who can take the test.

The clinical condition of potential examinees is an important consideration in deciding who can take the MMPI-2. Completion of the test is a lengthy and tedious task for many individuals. Persons who are very anxious or agitated often find the task almost unbearable. Frequently it is possible to break the testing session into several shorter periods for such individuals. Also, persons who are confused may not be able to understand or to follow the standard instructions. Such persons sometimes can complete the test if the items are presented by means of a standardized audio tape. Edwards, Holmes, and Carvajal (1998) found that for college students the standard booklet administration and administration in which the examiner read items aloud and recorded responses yielded comparable MMPI-2 scores.

## Administering the MMPI-2

For most persons the test can be administered either individually or in groups, using the forms of the test and answer sheets most convenient for the examiner. For persons of average or above-average intelligence, without complicating factors, the testing time typically is between 1 and 1½ hours. For less intelligent individuals, or those with other complicating factors, the testing time may exceed 2 hours. Although it might at times seem more convenient to send the MMPI-2 home to be completed, this procedure is unacceptable. The test should always be completed in a professional setting with adequate supervision. This increases the likelihood that the test will be taken seriously and that the results will be valid and useful.

Before the MMPI-2 is administered, the examiner should establish rapport with the person to be tested. The best way to ensure cooperation is to explain why the MMPI-2 is being administered, who will have access to the results, and why it is in the best interest of the test taker to cooperate with the testing.

The test should be administered in a quiet, comfortable place. The examiner or a proctor should be readily available to monitor the test taking and to answer questions that may arise. Care should be taken to make sure that the test taker carefully reads the instructions and understands them. Questions that arise during the course of testing should be handled promptly and confidentially. Most questions can be handled by referring the test taker back to the standardized test instructions.

National Computer Systems (NCS) offers computer software that permits administration of the MMPI-2 by means of a personal computer. Test takers follow directions on the computer monitor, where test items are displayed, and record their responses using several identified keys on the computer keyboard. Although the results of research studies concerning the equivalence of computerized and conventional administrations of the orig-

inal MMPI
type of adm
tical conseq
1988; Lamb
1974; Russe
Thomas, &
ies indicati
administrat
inal MMPI
Wiener, 194
Accumul
administere
(1996) admi
2 to 30 grac
standard d
code-type c
previously
of the MMI
ingful diffe
computeriz
strated the
tions of a D
fidence tha
comparable
portant cor
is the com
the up a pe
computer-a
sidered in

Testing

Unlike the
optional ha
or desk su
softcover a
required fo
the bookle
minister or
pleted, ma
scored. Us
For pers
st, severa
of the item
persons ar

Raymond P. Schoenrock

# *Instructions*

## FOR THE USE OF

# Visual Motor Gestalt Test

LAURETTA BENDER, M.A., M.D.
PSYCHIATRIC DIVISION, BELLEVUE HOSPITAL
NEW YORK

Raymond P. Schoenrock

PUBLISHED BY
THE AMERICAN ORTHOPSYCHIATRIC ASSOCIATION, INC.



PLATE I. Test figures adapted from Wertheimer.

ing pattern is a sensory motor pattern. Every sensory pattern has its background and orientation in relation to spatial gestalt function. A series of sensory motor experiences involves temporal patterning. Any deviation in the total organism will be reflected in the final sensory motor pattern in response to the given stimulus pattern.

Nine of Wertheimer's (10) (see Plate I) original patterns used by him for research in visual gestalt psychology have been selected and are offered to the individual to be examined, for copying. Figure A which is readily experienced as a closed figure on a background is made up of contingent circle and diagonally placed square on a horizontal plane. This is used as an introductory figure. The figures 1 to 8 are then given in sequence. Sheets of

PLATE I
children.
retardati

| | Figure A. | Figure 1 | Figure 2 | Figure 3 | Figure 4 | Figure 5 | Figure 6. | Figure 7 | Figure 8 |
|---|---|---|---|---|---|---|---|---|---|
| Adult. | 100% | 25% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| 11 yrs. | 95% | 95% | 65% | 60% | 95% | 90% | 70% | 75% | 90% |
| 10 yrs | 90% | 90% | 60% | 60% | 80% | 80% | 60% | 60% | 90% |
| 9 yrs | 80% | 75% | 60% | 70% | 80% | 70% | 80% | 65% | 70% |
| 8 yrs | 75% | 75% | 75% | 60% | 80% | 65% | 70% | 65% | 65% |
| 7 yrs | 75% | 75% | 70% | 60% | 75% | 65% | 60% | 65% | 60% |
| 6 yrs | 75% | 75% | 60% | 80% | 75% | 60% | 60% | 80% | 75% |
| 5 yrs | 85% | 85% | 60% | 80% | 70% | 60% | 60% | 50% | 75% |
| 4 yrs | 90% | 85% | 75% | 80% | 70% | 60% | 65% | 60% | 60% |
| 3 yrs | ----------Scribbling | ---------- | ---------- | ---------- | ---------- | | | | |

PLATE II. Summary of responses for each year of age in developing children. It may be used for evaluating maturational norms and levels of retardation and regression.

plain white unlined paper 8½" by 11" are used. One sheet is often enough but more may be necessary especially for individuals of the lower intellectual levels or those who are confused or disturbed. A pencil with an eraser should be used. There should be no mechanical aids such as a rule or coins, etc.

The cards may be presented one at a time laid on the table at the top of the sheet of paper correctly oriented and the individual to be tested should be told simply "Here are some figures (or designs) for you to copy; Just copy them the way you see them." It may be necessary to discourage the turning of the test card to some new position. If it is not easily discouraged, it should be permitted and noted. It is well to encourage the placing of the first figure near the upper left hand corner of the paper although if the suggestion is not readily accepted, it should not be insisted upon. The orientation of the figure on the background and in the series is also a part of the gestalt function. All other instructions should be non-committal. For example, if the question is asked if the dots should be counted, the answer should be, "It is not necessary but do as you like." Several attempts at any one figure may be permitted by leaving all trials on the record. Erasures to improve lines may be permitted but not encouraged.

There is no time limit on the test and the figures should not be removed until they are reproduced. Memory does not play a role in the test. Many individuals prefer to have all of the cards before them in a pile and look at them all and orient the whole test to the sheet of paper. This can be permitted but the test should start with figure A and run through series in order. Many succeed in orienting the whole test situation to its background on the sheet of paper without this initial exploration.

This is a clinical test and it should not be so rigidly formalized as to destroy its function which is to determine the individual's capacity to experience visual motor gestalten in a spatial and temporal relationship. Deviate behavior in the course of the test should be observed and noted. It never represents a test failure. Notes may be made on the test paper of anything unusual in the way the test is organized, in the manner and behavior of the individual being tested and his reaction to the test situation.

# WAIS-III

WECHSLER ADULT INTELLIGENCE SCALE – THIRD EDITION

# ADMINISTRATION AND SCORING MANUAL

DAVID WECHSLER

THE PSYCHOLOGICAL CORPORATION®
*Harcourt Brace & Company*
SAN ANTONIO
Orlando • Boston • New York • Chicago • San Francisco • Atlanta • Dallas
San Diego • Philadelphia • Austin • Fort Worth • Toronto • London • Sydney

ıultiple data
home, in

: a diagnosis
essarily
' and most
factors such
ɔancy from
ciety, severe
ɪistence, and
ɛxaminer.
ation, the

nents

: concerned
Health
ıtry, social
chological
ıeurological
s as neu-
ıons to
ment and
great help in
her deficits"
so requested
chiatric disor-
delirium.
to its use as a
dicting future
that a given
anning, and
977).

nce test is
assessing
view general
te functions
ikeman,
*Scale—Third*
included the
gical



battery. Many practicing neuropsychologists find qualitative interpretation of test performance and analysis of test errors clinically informative (Kaplan, 1988). This approach to the Wechsler scales is best exemplified by the *WAIS–R as a Neuropsychological Instrument* (Kaplan, Fein, Morris, & Delis, 1991).

## Diagnosing Giftedness

Superior intelligence is a component of "giftedness," but most definitions of giftedness also include exceptional performance in other fields such as artistic, psychomotor, and creative aptitudes; musical ability; and leadership skills. Therefore, evaluations of giftedness typically involve assessments of intellectual ability as well as other skills and talents. Furthermore, because definitions of giftedness vary from one setting to another, the examiner may need to tailor assessment procedures to fit the needs of the particular program.

The WAIS–III is suitable for identifying individuals of high intellectual ability. The ceiling for WAIS–III IQ scores has been raised to 155 (approximately 3.67 *SD*s above the mean). For gifted individuals, no other single measure predicts future accomplishment as well as intelligence tests do (Brody & Brody, 1976).

## User Qualifications

Because of the complexities of test administration, diagnosis, and assessment, examiners who use the WAIS–III should have training and experience in the administration and interpretation of standardized, clinical instruments, such as the WAIS–R or other Wechsler intelligence scales. They should also have experience in testing individuals whose ages, linguistic backgrounds, and clinical, cultural, or educational histories are similar to those of the individuals they will be testing.

In most cases, examiners who use the WAIS–III will have completed some formal graduate- or professional-level training in psychological assessment. Although a trained technician can administer the subtests and score the responses under supervision, the test results should always be interpreted only by individuals with appropriate graduate or professional training in assessment. Furthermore, examiners should be familiar with the *Standards for Educational and Psychological Testing* (American Psychological Association, 1985).

It is also the responsibility of the test user to ensure that the test materials, including protocols, remain secure and are released only to professionals who will safeguard their proper use. Although review of test results with clients is appropriate and encouraged as proper clinical practice, this review

should not include any disclosure or copying of test items, protocols, or other test materials that would compromise their security and validity or the value of the test as a measurement tool. Because all test items, norms, and other testing materials are copyrighted, the Rights and Permissions Department of The Psychological Corporation must approve, in writing, the copying or reproduction of any test materials. The only exception to this requirement is the copying of a completed Record Form for the purpose of conveying a client's records to another qualified professional. These user qualifications, copyright restrictions, and test security issues are consistent with the guidelines set forth in the *Standards for Educational and Psychological Testing* (American Psychological Association, 1985).

## Standard Procedures

The norms on the WAIS–III were established on the basis of standard administration and scoring procedures under uniform testing conditions. So that an individual's test results are interpretable according to national norms, the WAIS–III should be administered according to the administration and scoring procedures as well as the recommended testing conditions. This chapter describes the general guidelines, and Chapter 4 provides detailed administration and scoring procedures. Deviation from the standard procedures, such as changes in the phrasing or presentation of a test item or modifications of time limits, could reduce the validity and reliability of test results (American Psychological Association, 1985).

Although the overall format of the WAIS–III has not changed from that of the WAIS–R, specific administration procedures within several subtests were modified significantly, and three new subtests (Matrix Reasoning, Symbol Search, and Letter–Number Sequencing) have been added.

Adherence to the standardized procedures does not mean that the battery must be administered in a rigid or unnatural manner. Using a natural conversational tone, encouraging interest in the tasks, and reinforcing the examinee's efforts all contribute to a structured, pleasant, and professional testing situation.

## Administration Time

As described in Chapter 1 (see Figure 1.1), which subtests are administered varies according to the type of scores needed—traditional IQ scores, Index scores, or both. Administration of the 11 WAIS–III subtests that yield the three IQ scores requires approximately 75 minutes, with a range of 60–90 minutes. Administration of the 11 WAIS–III subtests that yield the four Index scores requires about 60 minutes, with a range of 45–75 minutes. Administration of the 13 subtests to obtain both IQ scores and Index scores requires about 80 minutes, with a range of about 65–95 minutes. These times do not include administration of Object Assembly, which requires an additional 10–15 minutes. Most important, however, the examinees' levels of ability and test-taking styles and your own test-administration techniques may result in longer or shorter testing times than those indicated.

Make every effort to give the entire test in one session. However, if the examinee becomes fatigued, stop testing and allow him or her to rest. Try to complete testing after a short break. Stopping, if necessary, should take place at the end of a subtest. If a single testing session is not possible due to the clinical condition, inadequate motivation, or fatigue of the

In the example in Figure 3.3, the examinee obtained a perfect score on Item 6 but failed Item 7. The examiner began to administer the preceding items in reverse sequence, beginning with Item 5, which the examinee failed. The examiner continued to administer the reversal items in reverse sequence, and the examinee obtained perfect scores on Items 4 and 3, two consecutive items, thereby meeting the criterion for proceeding with the subtest. The examinee is awarded perfect scores for all unadministered reversal items (Items 1 and 2), and the examiner proceeds with Item 8.

**Figure 3.3.** Example of Reverse-Sequence Procedure: Starting Item Is Passed But Adjacent Reversal Item Is Failed

- If the examinee replies with a string of responses that vary widely in quality, with no response spoiling the response, score the examinee's best response. For example, if the examinee responds to Similarities Item 2 with *They are both sweet, they are both fruits, and they both have skin*, the best response, *They are both fruits*, is scored. Two points are awarded, even though the other responses are 0 points and 1 point, respectively. For the two-concept Comprehension items, if the examinee gives several responses, the two best responses are scored.

## Completing the Record Form

The WAIS–III Record Form is designed to facilitate administration and scoring of the test. It also includes optional procedures that can assist in the interpretation of test results. Its format deviates significantly from that of the WAIS–R Record Form. For each subtest, the WAIS–III Record Form provides space to record and score the examinee's responses to the test items and also provides information such as starting points and discontinue rules, time limits, and other prompts to help facilitate proper test administration. It also includes a stopwatch icon near the subtest name for any subtest with timing requirements. The Record Form also allows you to record extra information that can be helpful in interpreting scores, both at the item level and at the composite level. For example, the page for Block Design includes grids for recording the final designs constructed by the examinee; this information can provide insight into the errors that the examinee has made. In addition, the WAIS–III Record Form includes the Digit Symbol—Coding Response Sheet (which should be handed to the examinee). For the optional procedures, Digit Symbol—Incidental Learning and Digit Symbol—Copy, separate pages are provided in the WAIS–III Response Booklet.

The last four pages of the Record Form compose the summary section. The summary section is printed on a single long sheet that folds out and that can be detached from the rest of the Record Form and filed.

The Demographics Page provides space for calculating the examinee's age, for recording pertinent demographic information, and for recording your observations of the examinee's test-taking behaviors.

When the pages of the summary section are folded out, the Score Conversion Page is on the right and the Profile Page is on the left. This layout makes it convenient for transcribing subtest raw scores from the subtest pages to the Score Conversion Page. The Score Conversion Page provides space for recording subtest raw scores, subtest scaled scores, and the optional reference-group subtest scaled scores and for calculating the sums of

t vary widely in
e the examinee's
s to Similarities
and they both have
. Two points are
its and 1 point,
ems, if the examinee
cored.

istration and scor-
an assist in the
ntly from that of the
ord Form provides
e test items and also
inue rules, time
ministration. It also
subtest with timing
extra information
n level and at the
ncludes grids for
this information
made. In addition,
ding Response
optional proce-
ol—Copy, separate

mary section. The
ids out and that can

e examinee's age,
r recording your

ne Score Conver-
. This layout makes
subtest pages to
ovides space for
ne optional
the sums of

subtest scaled scores for the various scales. On this page, you can also determine the examinee's strengths and weaknesses at the subtest level.

The Profile Page provides the spaces for recording the IQ scores and Index scores and the percentile ranks and confidence levels for those scores. On the graphs of the Profile Page, you can plot the subtest scaled scores, IQ scores, and Index scores to create a visual representation of the examinee's performance.

Finally, the Discrepancy Analysis Page provides space for calculating and recording significant differences between the examinee's Verbal and Performance IQ scores and between the various Index scores and the frequency of those differences (cumulative percentages). On this page, you may also record the difference between the examinee's longest Digits Forward and longest Digits Backward on Digit Span.

## Calculating the Examinee's Chronological Age

The examinee's age is needed to locate the correct norms tables. To obtain the examinee's exact age on the date of testing, enter the date of testing and the examinee's birth date in the appropriate spaces on the Record Form, as illustrated in Figure 3.6. (If the examinee was tested in two sessions, use only the first testing date in the calculation.) Subtract the date of birth from the date of testing.

For these computations, all months are assumed to have 30 days. Also, days of age are not rounded up to the nearest month. For example, the age of 16 years 1 month 26 days is not rounded up to 16 years 2 months. Likewise, a computed age of 19 years 11 months 29 days is not rounded up to 20 years 0 months, even though the examinee is nearly that age.

| | Year | Month | Day |
|---|---|---|---|
| Date Tested | 97 | ~~6~~ 5 | ~~23~~ 53 |
| Date of Birth | 52 | 4 | 27 |
| Age | 45 | 1 | 26 |

**Figure 3.6.** Example of Calculating the Examinee's Chronological Age

## Recording Responses and Scores

It is recommended that when administering the WAIS–III, you make an entry on the Record Form for all items the examinee attempts, thereby distinguishing them from omitted or unadministered items. The entry can be a score, an indication of whether the item is passed or failed, or the examinee's actual response. When uncertain about the scoring of a response, record enough information about the response to permit later evaluation. For the Verbal subtests, you may prefer to record the examinee's response verbatim because the examinee's responses often must be evaluated after the testing session for in-depth, accurate scoring. Also, later qualitative evaluation of responses may provide useful clinical information (e.g., recurrent instances of distorted thinking) or may reveal that the examinee was rarely able to improve on responses that were queried.

The following standard abbreviations may be useful in recording responses:

**P (Pass)**—The examinee responded or performed correctly.

**F (Fail)**—The examinee responded or performed incorrectly.

**Q (Question/Query)**—A query or question was asked to clarify the examinee's response.

**DK (Don't know)**—The examinee indicated by shaking his or her head or by saying, "I don't know."

**NR (No response)**—The examinee made no response to an item, either verbal or gestural.

**INC (Incomplete)**—The examinee did not complete an item within the time limit.

**PC (Points correctly)**—The examinee pointed to the missing part or correct choice on Picture Completion or Matrix Reasoning subtest.

**PX (Points incorrectly)**—The examinee pointed to an incorrect missing part or choice on the Picture Completion or Matrix Reasoning subtest.

For timed subtests for which the examinee can receive partial credit or bonus points, the Record Form includes a Completion Time column. Recording the examinee's completion time of items or subtests is especially important for determining bonus points and, for many subtests, for determining whether the examinee passes or fails an item.

make an
, thereby
he entry can
d, or the
g of a response,
r evaluation.
e's response
luated after
qualitative eval-
e.g., recurrent
nee was rarely

ling responses:

ly.

ctly.

clarify the

is or her head or

an item, either

tem within the

ssing part or
ng subtest.

ncorrect missing
ioning subtest.

al credit or
column.
ests is especially
tests, for deter-

For all of the subtests, the possible range of points for each item is given at the top of the Score column in the Record Form; simply enter the number of points for each response in the appropriate space. For some subtests, such as Block Design, every possible score according to the completion-time range is shown for an item. Circle the appropriate score for each response and calculate the total raw score for the subtest by summing the circled item scores.

## Obtaining Scaled Scores, IQ Scores, and Index Scores

After the responses for each WAIS–III subtest have been scored, use the following steps to determine the examinee's raw and scaled subtest scores. The scaled scores are then used to derive the Verbal, Performance, and Full Scale IQ scores and the four Index scores.

### Converting Raw Scores to Scaled Scores

Figures 3.7–3.10 are examples of reduced, completed Score Conversion, Profile, and Discrepancy Analysis pages of the Record Form summary section, with pertinent sections labeled. For example, in Figure 3.7, a completed Score Conversion Page, the raw score conversion table is labeled *A*. The following discussion refers to these labeled sections. The examples are based on the performance of a 45-year-old examinee.

To convert subtest raw scores to scaled scores, use the following steps and Table A.1 and Table A.2 in Appendix A. Scaled scores are based on the examinee's age (as calculated on the Demographics Page of the Record Form). The examinee's age in years determines which page of the table should be used. Each page of Table A.1 provides the scaled scores for one of the 13 age groups; each age group includes a span of 2–10 years. In a large box at the top of each page of the table, the age span is clearly marked.

1. After you have obtained the raw scores for each subtest by summing the item scores, transfer the raw scores to the Raw Score column of the raw score conversion table on the Score Conversion Page of the Record Form (labeled *A* in Figure 3.7). The subtests are listed according to administration order.

2. Turn to the appropriate page of Table A.1. The subtests are ordered according to Verbal or Performance scale and administration order. The Verbal subtests appear at the top of the page. For each subtest, find the raw score under the subtest name. Then, reading across from this raw score to the extreme left or extreme right column (printed in color), find the equivalent scaled score for the subtest.