# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE         AT MONTGOMERY   ALABAMA

DATE COMMENCED  January 4, 2007         AT  11:35  A.M./P.M.

DATE COMPLETED  January 4, 2007         AT  11:40  A.M./P.M.

UNITED STATES OF AMERICA                 Criminal Action
                                         2:06cr173-MHT
        VS.

TANESHIA MICHELLE LAWSON

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Christopher Synder | X | Atty Christine A. Freeman |
| | X | Atty Pamela V. Kemp |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Daniel Korobkin, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:      TELEPHONE CONFERENCE CALL

| | |
|---|---|
| 11:35 a.m. | Telephone conference call commenced to disclose potential conflict regarding Dr. Theron Covin. Court directs parties to research, and for defense counsel to discuss with client and notify court on Monday 1/8/07, of any issues of conflict regarding court's representation of Dr. Theron Covin in the past. |
| 11:40 a.m. | Conference call concluded. |