IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CR. NO. 2:06-cr-173-MHT |
| **TANESHIA MICHELLE LAWSON** | ) ) | |

## United States's Response to Defedant's
## Motion in Limine to Exclude Sylvan Learning Center Records

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby responds to Defendant Taneshia Michelle Lawson's motion in limine as follows.

In her motion, Lawson seeks to bar the Government from introducing any evidence concerning Lawson's examination at Sylvan. The Government does not intend to introduce any such evidence in its case in chief. Therefore, the Court should deny the motion.

Respectfully submitted this 5th day of January, 2006,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: christopher.a.snyder@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christine Freeman.

                                              /s/ Christopher Snyder
                                              CHRISTOPHER A. SNYDER
                                              Assistant United States Attorney