IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                       ) | CASE NO: 2:06-cr-173-MHT |
| ) | |
| TANESHIA M. LAWSON       ) | |

**DEFENDANT'S MOTION TO CONTINUE TRIAL**

NOW COMES the Defendant, by and through undersigned counsel and pursuant to 18 U.S.C. 3161, and, for the reasons stated in open Court on January 5, 2007, respectfully moves this Court to continue the trial of this action from the present trial date of February 5, 2007, until a later date.

In support of this Motion, the defendant would show:

1.  Government counsel does not oppose this motion.

2.  Ms. Lawson is eight months pregnant and is due to deliver in February. In addition, she has recently experienced some physical problems which have required a visit to a hospital emergency room and which will likely lead to an earlier delivery date.

3.  Requests for a continuance are addressed to the sound discretion of the trial court. *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), reh. denied 749 F.2d 733, cert. denied 471 U.S. 1100 (1985).   A defendant has a constitutional right to be present at trial and where that presence is made unlikely due to physical conditions, a continuance should be granted. *See United States v. Novaton*, 271 F.3d 968, 1000 (11th Cir. 2001)

1

(defendant's rights under the Confrontation Clause, the Due Process Clause, and F.R.Cr.P. 43 were violated by conducing the trial over his protests and objection, while he was involuntarily absent due to illness during critical stages of the trial); *United States v. Twitty*, 107 F.3d 1482, 1489 (11th Cir. 1997) (entire period of open-ended continuance granted at government's request due to illness of government witness was excludable from statutory speedy trial clock.)  Under these circumstances, the ends of justice served by taking such action will outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, Defendant prays that this Motion to Continue Trial be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Taneshia Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Christopher A. Snyder, Esquire
>Assistant United States Attorney
>One Court Square, Suite 201
>Montgomery, Alabama 36104

>Respectfully submitted,
>
>**s/Christine A. Freeman**
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for Taneshia Lawson
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL: (334) 834-2099
>FAX: (334) 834-0353
>E-Mail: Christine_Freeman@fd.org