**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-cr-173-MHT** |
| | ) | |
| **TANESHIA M. LAWSON** | ) | |

### DEFENDANT'S MOTION TO CONTINUE HEARING

NOW COMES the Defendant, by and through undersigned counsel and, for the reasons stated in open Court on January 5, 2007, respectfully moves this Court to continue the hearing on Defendant's Motion in Limine to prohibit introduction of the Government's proposed FRE 404(b) evidence, to a later date on or after January 29, 2007.

In support of this Motion, the defendant would show:

1. Government counsel does not oppose this motion.

2. Due to lengthy presentations of other evidence, Defendant was not able to present the testimony of her expert, Dr. Solomon Fulero, on the day originally scheduled for this hearing (January 5). Dr. Fulero is not able to remain in Alabama at this time and is not able to return until the end of January.

3. The Government is considering certain prosecutions and/or trial strategies which may change the status of or eliminate the consideration of this evidence as FRE 404(b) material; it is highly possible that the Government will have made its determination of those matters by January 17.

1

4.	Defendant has separately, and for other reasons, moved for a continuance of the trial of this matter from its scheduled date of February 5, 2007.

5.	Requests for a continuance are addressed to the sound discretion of the trial court. Under these circumstances, the ends of justice served by taking such action will outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, Defendant prays that this Motion to Continue Trial be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Taneshia Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Christopher A. Snyder, Esquire
>Assistant United States Attorney
>One Court Square, Suite 201
>Montgomery, Alabama 36104

>Respectfully submitted,
>
>**s/Christine A. Freeman**
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for Taneshia Lawson
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL: (334) 834-2099
>FAX: (334) 834-0353
>E-Mail: Christine_Freeman@fd.org