# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.    MYRON H. THOMPSON,    JUDGE            AT MONTGOMERY   ALABAMA

DATE COMMENCED  January 5, 2007            AT  10:05   A.M./P.M.

DATE COMPLETED  January 5, 2007            AT   4:50   A.M./P.M.

UNITED STATES OF AMERICA                    Criminal Action
                                            2:06cr173-MHT
        VS.

TANESHIA MICHELLE LAWSON

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Christopher Synder | X | Atty Christine A. Freeman |
|  | X | Atty Pamela V. Kemp |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Daniel Korobkin, | Mitchell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:     MOTIONS IN LIMINE HEARING

| | |
|---|---|
| 10:05 a.m. | Court commenced regarding [129] Motion in Limine to exclude school records and lay testimony, [134] Motion in Limine in opposition to 404(b), [139] Motion in Limine for reconsideration of Court's order [110 & 141], [164] Motion on Limine to exclude proposed cross-racial identification and [178] Motion in Limine. Counsels' statements as to how to proceed as stated on the record. Government states they do not intend to use Sylvan Learning Center records. Court will deny as moot [178] Motion in Limine regarding Sylvan Learning Center Records. Defendant's evidence commenced. Defendant's Exhibits 1 & 2 offered and admitted by Court. |
| 11:28 a.m. | Break. |
| 11:45 a.m. | Defendant's evidence continues. |
| 12:35 p.m. | Break. |

page 2
2:06cr173-MHT USA v Lawson

| | |
|---|---|
| 1:35 p.m. | Defendant's evidence continues. |
| 3:16 p.m. | Break. |
| 3:32 p.m. | Defendant's evidence continues. |
| 3:50 p.m. | Break. |
| 4:15 p.m. | Defendant's evidence continues. |
| 4:28 p.m. | Break. |
| 4:36 p.m. | Defendant's evidence continues. Defendant's **ORAL MOTION** to continue hearing to 1/29/07 **ORAL MOTION** to continue trial from 2/5/07 term. Order to issue continuing hearing and continuing trial. Court directs that [139] Motion to Reconsider and [129] Motion in Limine to Exclude School Records and Lay Testimony are under submission, [134] Motion in Limine to Exclude 404(b) Evidence and [164] Motion in Limine to Exclude Cross-Racial Identification are continued until hearing reset date. |
| 4:50 p.m. | Hearing concluded. |