IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA

      v                                  2:06cr173-MHT

TANESHIA MICHELLE LAWSON

_____

    GOVERNMENT                              DEFENDANT

<u>WITNESS LIST</u>

<u>1. LORI BUTTS</u>                     <u>2. THERON COVIN</u>