| GOVERNMENT'S EXHIBITS<br><br>MOTIONS IN LIMINE HEARING | | | | | | UNITED STATES OF AMERICA<br><br>v<br><br>TANESHIA MICHELLE LAWSON<br>2:06cr173-MHT |
|---|---|---|---|---|---|---|
| | | | | | | JUDGE MYRON H. THOMPSON<br>MITHCELL REISNER, COURT REPORTER |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| * | 1/5/2007 | 1/5/2007 | 1 | | X | Final Order re Theron Michael Covin License No. 115 before the Alabama Board of Examiners in Counseling |
| * | 1/5/2007 | 1/5/2007 | 2 | | X | Various Letters concerning Theron M. Covin |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | *Ruling Reserved |