| DEFENDANT'S EXHIBITS<br><br>MOTIONS IN LIMINE HEARING | | | | | UNITED STATES OF AMERICA<br><br>v<br><br>TANESHIA MICHELLE LAWSON<br>2:06cr173-MHT | |
|---|---|---|---|---|---|---|
| | | | | | JUDGE MYRON H. THOMPSON<br>MITCHELL REISNER, COURT REPORTER | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| 1/5/2007 | 1/5/2007 | 1/5/2007 | 1 | Butts | | Miranda Waiver |
| 1/5/2007 | 1/5/2007 | 1/5/2007 | 2 | | | Lori Butts' Resume |
| 1/5/2007 | 1/5/2007 | 1/5/2007 | 3 | | | Theron Covin's Resume |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | *exhibits located in brown binder with case file |