IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )     2:06cr173-MHT
TANESHIA MICHELLE LAWSON    )
```

ORDER

It is ORDERED as follows:

(1) Defendant Taneshia Michelle Lawson's motion in limine to exclude Sylvan Learning Center records (doc. no. 178) is denied as moot.

(2) Defendant Lawson's motion to reconsider (doc. no. 139) and the government's motion in limine to exclude school records and lay testimony regarding mental capacity (doc. no. 129) are under submission.

(3) Defendant Lawson's unopposed motion to continue the hearing on 404(b) evidence (doc. no. 185) is granted.

(4) Defendant Lawson's motions in limine to exclude

Rule 404(b) evidence (doc. no. 134) and to exclude cross-racial identification (doc. no. 164) are reset for hearing on February 2, 2007, at 10:30 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

    DONE, this the 8th day of January, 2007.


                          /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**