IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-173-MHT |
| | ) | |
| TANESHIA M. LAWSON | ) | |

## DEFENDANT'S POSITION STATEMENT
## REGARDING  POTENTIAL CONFLICT

**COMES NOW** Taneshia Lawson, the defendant, and states, through undersigned

counsel, that she believes no conflict or requirement of recusal is posed by the  Court's past

representation, as a private attorney, of defense expert Mr. Theron Covin ("Mr. Covin") in

a civil matter approximately thirty years ago.  In addition, Ms. Lawson waives any concern

regarding alleged bias due to these circumstances.

In support of this position, defendant would state that the circumstances of the

representation have been fully disclosed to all counsel, all parties and the witness, as required

by 28 U.S.C. § 455 (e).[1]  These circumstances do not present any basis in which the Court's

impartiality might reasonably be questioned.  See 28 U.S.C. § 455(a).  Further, these

---

[1]On January 4, 2007, this Court, undersigned counsel, and government counsel
participated in a conference call in which it was disclosed to all that the Court had recently
recalled representing the defense witness Theron Covin in either 1975 or 1976 and that, on
questioning by defense counsel, Dr. Covin had confirmed the representation and had recalled a
second representation at the same time, which consisted of a letter written on his behalf, which
the Judge had not recalled.  On January 5, 2007, in open court, counsel confirmed that all details
of the matter had been discussed with Ms. Lawson and Ms. Lawson has no objection to the case
proceeding in this Court.

1

circumstances do not encompass any of the enumerated grounds for alleged bias identified in 28 U.S.C. § 455(b).   Nor is there any appearance of impropriety or reliance on an improper basis for any decision-making by the Court.

   **WHEREFORE**, the Defendant respectfully prays that this position be adopted.

        Respectfully submitted,

        **s/Christine A. Freeman**
        **CHRISTINE A. FREEMAN**
        **TN BAR NO.: 11892**
        Attorney for Taneshia Lawson
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        TEL:  (334) 834-2099
        FAX:  (334) 834-0353
        E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2007, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

following:

      Christopher A. Snyder, Esquire
      Assistant United States Attorney
      One Court Square, Suite 201
      Montgomery, Alabama 36104

                  Respectfully submitted,

                  **s/Christine A. Freeman**
                  **CHRISTINE A. FREEMAN**
                  **TN BAR NO.: 11892**
                  Attorney for Taneshia Lawson
                  Federal Defenders
                  Middle District of Alabama
                  201 Monroe Street, Suite 407
                  Montgomery, AL 36104
                  TEL: (334) 834-2099
                  FAX: (334) 834-0353
                  E-Mail: Christine_Freeman@fd.org

3