IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | CR. NO. 2:06-cr-173-MHT |
| ) | |
| **TANESHIA MICHELLE LAWSON** ) | |
| ) | |

**United States' Position Statement Regarding Potential Conflict**

The United States believes no conflict or requirement of recusal is posed by the Court's past representation, as a private attorney, of defense expert Dr. Theron Covin in a civil matter approximately thirty years ago.

The relationship between the Court and Covin is too remote and too innocuous to warrant disqualification under 28 U.S.C. § 455(a). *Chittimacha Tribe of Louisiana v. Harry L. Laws Company, Inc.,* 690 F.2d 1157, 1166 (5th Cir.1982) (recusal not warranted where judge had represented the defendant in unrelated matters at least six years earlier); *Jenkins v. Bordenkircher,* 611 F.2d 162, 165-67 (6th Cir.1979) (recusal not required where trial judge had prosecuted defendant for several unrelated crimes during the period four to thirteen years prior to the time of trial); *Gravenmier v. United States,* 469 F.2d 66, 67 (9th Cir.1972) (where trial judge was of counsel in prior prosecution six years before present unrelated prosecution, recusal not required); *Darlington v. Studebaker-Packard Corp.,* 261 F.2d 903, 906 (7th Cir. 1959) (recusal not warranted where trial judge had represented defendant in unrelated matters for a period of four to five years which ended three to four years before judge's decision); *Royal Air Maroc v.*

*Servair, Inc.,* 603 F.Supp. 836 (S.D.N.Y.1985) (prior representation by trial judge of defendant's parent corporation in unrelated matter twelve years earlier no basis for recusal).

      Moreover nothing in the Code of Conduct for United States Judges prohibits the Court from deciding this issue. *See* Code of Conduct for United States Judges, *available at* http://www.uscourts.gov/guide/vol2/ch1.html#intro, (2000). Thus, the United States does not object to the Court's continuing to oversee of this case.

      Respectfully submitted this 9th day of January, 2007,

                                     LEURA G. CANARY
                                     UNITED STATES ATTORNEY

                                     /s/ Christopher Snyder
                                     CHRISTOPHER A. SNYDER
                                     Assistant United States Attorney
                                     One Court Square, Suite 201
                                     Montgomery, AL 36104
                                     Phone: (334) 223-7280
                                     Fax: (334) 223-7135
                                     E-mail: christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   CR. NO. 2:06-cr-173-MHT |
| | ) |
| **TANESHIA MICHELLE LAWSON** | ) |

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christine Freeman.

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney