| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 1/12/07 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:08 - 9:17 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. WALLACE CAPEL, JR.**   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr173-MHT   **DEFENDANT(S):** Taneshia Michelle Lawson

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Stephen P. Feaga | * * * * * | Christine A. Freeman |

❏ **DISCOVERY STATUS:**    Complete

❏ **PENDING MOTION STATUS:**
#106 Motion to Dismiss and objection to venire - pending before MJ
Pending before DJ
#129 Motion in Limine to Exclude School Records
#134 Motion in Limine
#139 Motion for Reconsideration of Court's Order
#164 Motion to Exclude Proposed Cross-Racial Identification

❏ **PLEA STATUS:**

❏ **TRIAL STATUS**    1 - 2 Days for Trial

❏ **REMARKS:**
Defense counsel to file supplement to motion to dismiss and objection to venire (Doc. #106) identifying additional issues as to the challenge of the jury and documents she wishes the Court to review by 1/19/07; Government to respond by 1/26/07

Case 2:06-cr-00173-MHT-WC    Document 193    Filed 01/12/2007    Page 2 of 2