IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. 2:06-cr- 00173- |
| ) | MHT |
| TANESHIA MICHELLE LAWSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Based upon this court's pretrial conference held at 9:00 a.m. on 12 January 2007, it is ORDERED as follows:

1. On or before 19 January 2007, counsel for Defendant, Ms. Christine A. Freeman, Federal Defenders Office, shall file a supplemental brief to her client's Motion to Dismiss and Objection to Venire (Doc. #106) presenting new challenges not previously raised in that motion.

2. On or before 26 January 2007, Plaintiff shall file a response to the new challenges raised in Defendant's supplemental brief.

DONE this 12th day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE