IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-173-MHT |
| | ) | |
| TANESHIA M. LAWSON | ) | |

### UNOPPOSED MOTION TO EXTEND TIME FOR FILING

**COMES NOW** the Defendant, by undersigned counsel, and respectfully requests an additional three weeks to file the Memorandum directed to be filed by January 19, 2007, by Order entered January 12, 2007 (Doc. 194).

In support of this Motion, the Defendant would show:

1.  The Government does not oppose this request.

2.  Government counsel has informed defense counsel that a new or superseding indictment will shortly be unsealed against the defendant.

3.  It is possible that the new indictment will result in further continuance of the March 12, 2007 trial date in this matter.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Taneshia M. Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099

                    FAX:  (334) 834-0353
                    E-Mail: Christine_Freeman@fd.org

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                    **s/Christine A. Freeman**
                    **CHRISTINE A. FREEMAN**
                    **TN BAR NO.: 11892**
                    Attorney for Taneshia M. Lawson
                    Federal Defenders
                    Middle District of Alabama
                    201 Monroe Street, Suite 407
                    Montgomery, AL 36104
                    TEL:  (334) 834-2099
                    FAX:  (334) 834-0353
                    E-Mail: Christine_Freeman@fd.org