IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CR. NO. 2:06-cr- 00173-MHT |
| ) | |
| TANESHIA MICHELLE LAWSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION

The defendant has filed an Unopposed Motion to Extend Time for Filing (Doc. #195) on January 19, 2007. Upon consideration of the motion, it is

ORDERED that the motion is GRANTED. On or before February 9, 2007, counsel for Defendant, Ms. Christine A. Freeman, Federal Defenders Office, shall file a supplemental brief to her client's Motion to Dismiss and Objection to Venire (Doc. #106). Thereafter, on or before February 20, 2007, Plaintiff shall file a response to the new challenges raised in Defendant's supplemental brief.

DONE this 22nd day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE