IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )   CRIMINAL ACTION NO.
                            )       2:06cr173-MHT
TANESHIA MICHELLE LAWSON    )
```

### ORDER

Defendant Taneshia Michelle Lawson having informed the court that "a new or superseding indictment will shortly be unsealed against the defendant," doc. no. 195, it is ORDERED that an on-the-record status conference on all pending matters is set for January 25, 2007, at 8:30 a.m.  The government is to arrange for the conference to be conducted by telephone.

DONE, this the 22nd day of January, 2007.

                          /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE