IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06cr173-MHT |
| ) | |
| TANESHIA MICHELLE LAWSON ) | |

**Motion for Leave to Dismiss Indictment**

The United States requests leave to dismiss the Indictment filed against Taneshia Michelle Lawson on July 11, 2006. A new indictment was returned against Lawson on January 17, 2007. United States requests, however, that the July 11, 2006 Indictment remain in effect against all of Lawson's other co-defendants in this case.

Respectfully submitted this the 24th day of January, 2007.

         LEURA GARRETT CANARY
         UNITED STATES ATTORNEY

         /s/ Christopher A. Snyder
         CHRISTOPHER A. SNYDER
         Assistant United States Attorney
         One Court Square, Suite 201
         Montgomery, Alabama 36104
         Telephone: (334) 223-7280
         Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr173-MHT |
| | ) | |
| **TANESHIA MICHELLE LAWSON** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2007, I filed the foregoing with the Clerk of the Court and will mail copies of such filing to all attorneys of record.

Respectfully submitted,
LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov