**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:06cr173-MHT** |
| | ) | |
| **TANESHIA MICHELLE LAWSON** | ) | |

## O R D E R

Upon consideration of the Motion for Leave to Dismiss the Indictment filed on July 11, 2006, heretofore filed in the above styled cause as to Taneshia Michelle Lawson, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this ____ day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE


DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed on July 11, 2006, in the above styled cause as to Taneshia Michelle Lawson.


Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135