# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE              AT MONTGOMERY   ALABAMA

DATE COMMENCED  January 25, 2007                AT  8:31  A.M./P.M.

DATE COMPLETED  January 25, 2007                AT  8:50  A.M./P.M.

UNITED STATES OF AMERICA                        Criminal Action
                                                2:06cr173-MHT
        VS.                                     2:06cr7-MHT

TANESHIA MICHELLE LAWSON

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Christopher Synder | X | Atty Christine A. Freeman |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Daniel Korobkin, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:    TELEPHONE STATUS CONFERENCE CALL

8:31 a.m.              Telephone conference call commenced. Court
                       wants to know reasoning why a superseding
                       indictment was not filed in lieu a new case
                       against the defendant. Atty Synder's
                       statements as to the filing of a new case
                       against the defendant. Parties statements as
                       to how to include 06cr173 into new case
                       07cr10 as stated on the record. Court will
                       dismiss all pending motions in 06cr173
                       without prejudice with leave to renew in
                       07cr10, with the exception of the
                       government's motion to dismiss and cancel all
                       scheduled motions hearing in 06cr173.
8:50 a.m.              Conference call concluded.