# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.    MYRON H. THOMPSON,    JUDGE         AT MONTGOMERY  ALABAMA

DATE COMMENCED  January 25, 2007              AT  10:50  A.M./P.M.

DATE COMPLETED  January 25, 2007              AT  11:02  A.M./P.M.

UNITED STATES OF AMERICA                     Criminal Action
                                             2:06cr173-MHT
           VS.                               2:06cr7-MHT

TANESHIA MICHELLE LAWSON

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Christopher Synder | X | Atty Christine A. Freeman |
| AUSA Louis Franklin | X | |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Daniel Korobkin, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:      TELEPHONE STATUS CONFERENCE CALL

| | |
|---|---|
| 10:50 a.m. | Continuation of Telephone conference call with Debbie Hackett, Clerk of Court and Sheila Carnes, Senior Courtroom Deputy. Court wants clarification from earlier representation from Atty Synder about instructions received from the clerk's office as to how to handle the filing of the new case against the defendant. Ms. Carnes statements regarding the procedure of filing new cases and statements regarding the filing of the new case against the defendant as stated on the record. Atty Synder's and Atty Franklin's statements as to how they decided to proceed with the filing of the new case. Court will proceed according to the prior conference call. |
| 11:02 a.m. | Conference call concluded. |