IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr173-MHT |
| TANESHIA MICHELLE LAWSON | ) | |

**ORDER**

Based on the representations made during today's on-the-record status conference, and by agreement of the parties, it is ORDERED as follows:

(1) All pending motions in this criminal action, with the exception of the government's motion to dismiss the indictment, are denied without prejudice and with leave to renew in Criminal Action No. 2:07cr10-MHT.

(2) The motions hearing currently scheduled for February 2, 2007, is canceled.

DONE, this the 25th day of January, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE